Exhibit "C"

FREEDOM OF INFORMATION / PRIVACY ACT REQUEST

REQUESTOR JOSE M. CHAVEZ ARELLANO

REG. NO. 93054-079

ADDRESS P.O.BOX 9000, FORREST CITY,AR.72336

AGENCY REQUESTED FROM: U.S. DEPART. OF JUSTICE

DISTRICT COURT WESTERN DIST. OF TX. (LAREDO DIVISION)

DATE OF BIRTH 07/05/74

CASE NUMBER 5-00-CR-00355-002

    Pursuant to the freedom of information Act,5 USC 552, and the privacy Act of 1974, 5 USC 552a, I hereby request copies of the following documents. If for any reason you chose not send me any of the documents or papers requested then please furnish me with a "Vaughn Index" as set forth in Vaughn v. Rosen, 484 F2d 820 (D.C.D.C. 1973).

    I am requesting: File# M-6000103 DEA LAB ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS.

    Please consider this as a first-party request under the FOIA, 5 USC 552, and as a Privacy Act request, 5 USC 552a also.

    In the event that some of the material is considered by you to be exempt from disclosure under both Acts, then please include all segregable portions of documents and the specific exemption you are relying upon to deny disclosure of the excised portion. Please note that in order to avoid disclosure you must claim an appropriate exemption under both Acts.

    I am requesting that you abide by the statutory time within which to make a determination on this request, that being twenty working days from your receipt under Section 552(a)(6)(A)(i).

    I request a fee waiver or at least a fee reduction, however, in the event you deny this request for waiver I hereby agree to pay the fees for search and duplication while retaining my right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

    I, Jose M. Chavez Arellano, hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

DATED _____

STATE OF ARKANSAS, COUNTY OF ST. FRANCIS.

**05 2503**

**FILED**

DEC 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    BEFORE ME, A NOTARY PUBLIC, On this day personally appeared me to be the person whose name is subscribed above, being by me first duly sworn, declared that the information above is true and correct.

Given under my hand seal of office this 4th day of Dec. , 2001.

NOTARY PUBLIC _____    My commission expires: 09-11-2010

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jose M. Chavez Arellano   (93054-079) M-A
Federal Correctional
Institution
P.O. Box 9000
Forrest City, AR. 72336

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0014 4785 3686

| CERTIFIED MAIL | (93054-079) M-A |
| Postage | $ 0.38.34 | UNIT ID: 0735 |
| Certified Fee | 2.12.10 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.56.50 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 3.94 | 12/05/01 |

Clerk: KZTS&1

**Certified Mail Provides:**
■ A mailing receipt
■ A unique identifier for your mailpiece
■ A signature upon delivery
■ A record of delivery kept by the Postal Service for two years

**Important Reminders:**
■ Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
■ Certified Mail is not available for any class of international mail.
■ NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider insured or Registered Mail.
■ For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS postmark on your Certified Mail receipt is required.
■ For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
■ If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.

PS Form 3800, February 2000 (Reverse)

102595-99-M-2087

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

| A. Received by (Please Print Clearly) | B. Date of Delivery |
| | FEB 2 6 2002 |
| C. Signature | |
| X | ☐ Agent ☐ Addressee |

1. Article Addressed to:

Section of Information Act Request
FOIA/PA Mail Referral Unit
Justice Management Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW.
Washington, D.C. 20530-0001

| D. Is delivery address different from item 1? ☐ Yes |
| If YES, enter delivery address below: ☒ No |

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

7099-3400-0014-4785-3686

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952



**U.S. Department of Justice**

Drug Enforcement Administration

---

*Washington, D.C. 20537*

September 2002

Request Number:      02-1370-F

Subject of Request:      LAB ANALYSIS

FCI FORREST CITY
P.O. BOX 9000
FORREST CITY, AR 72336

DEAR JOSE M CHAVEZ-ARELLANO:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. To deal fairly with all requests that require the retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding your FOI/PA request.

This letter confirms your obligation that by filing this request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the search and processing, you will be notified of chargeable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

*DEA FOIA Home Page... http://www.usdoj.gov/dea/foia/dea.htm*



**U.S. Department of Justice**

Drug Enforcement Administration
OCT 0 8 2002

---

*Washington, D.C. 20537*

Request Number:      02-1370-F

Subject of Request:    LAB ANALYSIS

FCI FORREST CITY
P.O. BOX 9000
FORREST CITY, AR 72336

DEAR JOSE M CHAVEZ-ARELLANO:

    Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[ ] A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material. An attachment to this letter explains these exemptions in more detail.

[X] The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

[X] The documents are being forwarded to you with this letter.

[ ] The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

[ ] Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42. You will be notified if more material is available for release pending results from that consultation.

[ ] Certain DEA files contain information that was furnished by another government agency or agencies. That information and a copy of your request have been referred for a decision as to access and the agency or agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

[X] If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C. 20530

[X] For further information, see attached comments page.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537

Number of Pages Withheld:                              4

Number of Pages Released:                              98

Number of Pages Referred to another agency:           0

**APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:**

Freedom of Information Act
5 U.S.C. 552

Privacy Act
5 U.S.C. 552a

| [ ] (b)(1) | [ ] (b)(5) | [X] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [X] (b)(2) | [ ] (b)(6) | [X] (b)(7)(D) | [X] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [X] (b)(7)(F) | | |

## **COMMENTS PAGE**


As requested, attached are records pertaining to yourself and the Lab Analysis for Methamphetamine seized in DEA Investigative Case File M6-00-0103.

However, DEA's records do not contain fingerprint analysis. It is suggested that you contact the FBI for this information.

March 26, 2003

Co-Director
Office of Information and Privacy
FLAG Building, Suite 570
Washington, DC  20530

Re:    Request NO.: 02-1370-F

Dear Co-Director:

   I am hereby appealing the denial of the whole information
pertaining to the criminal investigation related to  my case
No. 5-00-CR-00355, South District of Texas, Laredo Division.

   I have reliable reasons to believe that the Lab analysis
contains a description of the fingerprints found in the drugs
seized by the D.E.A.  I request a full and complete "accounting
of disclosures" as made and received by your agency related
to these records or any part thereof.  I have the right to review
and correct that information, and per the FOIA, the right to
its disclosure.

   Please forward the requested information to the address
indicated below.

Sincerely,

Jose M. Chavez-Arellano
Reg. 93054-079
FCI Seagoville
PO Box 9000
Seagoville, TX 75159-9000



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


Mr. Jose Miguel Chavez-Arellano
Register No. 93054-079
Post Office Box 9000
Seagoville, TX  75159-9000

     Re:   DEA No. 02-1370-F

Dear Mr. Chavez-Arellano:

     This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on April 4, 2003.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **03-1910**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                    Sincerely,

                    Priscilla Jones
                    Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

JUL 1 4 2003

Mr. Jose Miguel Chavez-Arellano
Register No. 93054-079
Federal Correctional Institution    Re:  Appeal No. 03-1910
Post Office Box 9000                      Request No. 02-1370-F
Seagoville, TX 75159-9000                 RLH:CSH:FPM

Dear Mr. Chavez-Arellano:

    You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning you.

    After carefully considering your appeal, I have decided to
affirm the DEA's action on your request.

    The records you requested are exempt from the access provision
of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See
28 C.F.R. § 16.98 (2002).  Because these records are not available to
you under the Privacy Act, your request has been reviewed under the
Freedom of Information Act in order to afford you the greatest
possible access to the records requested.

    The DEA properly withheld from you certain information that is
protected from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(2), which concerns matters that are
    related solely to internal agency practices;

    5 U.S.C. § 552(b)(7)(C), which concerns records or
    information compiled for law enforcement purposes, the
    release of which could reasonably be expected to
    constitute an unwarranted invasion of the personal privacy
    of third parties; and

    5 U.S.C. § 552(b)(7)(F), which concerns records or
    information compiled for law enforcement purposes, the
    release of which could reasonably be expected to endanger
    the life or personal safety of an individual (in this
    instance, the names of DEA law enforcement personnel).

-2-.

I have also determined that this information is not appropriate for discretionary release.

Furthermore, you appealed the DEA's failure to provide you with an accounting of the disclosures made of your records. Please be advised that pursuant to 28 C.F.R. § 16.98(a) and (b)(1) (2002), DEA files are exempt from the Privacy Act's provision for access to disclosure accountings, 5 U.S.C. § 552a(c)(3). Accordingly, your access rights are limited to those provided by the FOIA. However, accountings are likewise protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices.

In addition, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director