# Exhibit "E"

[Date] April 17, 2003

[Agency] DRUG ENFORCEMENT ADMINSTRATION

[Address] SOUTH CENTRAL LABORATORY

10150 E. TECHNOLOGY BLVD.

DALLAS, TEXAS 75220

## FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

Pursuant to the FREEDOM OF INFORMATION ACT, 5 U.S.C. 552, and PRIVACY ACT OF 1974, 5 U.S.C. 552(a), I am requesting "all records maintained within the agency's system of records" pertaining to the following:

Any and all fingerprints and/or fingerprint analysis regarding Criminal Case #5-00-CR-00355 (Laredo Division), DEA lab. File #6000103, Government Exhibit No. Three (3), [] 5 bundles wrapped in brown wrapping tape containing brown powder.] Attach a "Schedule A" if necessary)

1) RECORDS EXIST: I have reliable reasons to believe that these "records" exist.

2) FALSE INFORMATION: I have reliable reasons to believe that "false information" is being "maintained in my system of records". Under the Privacy Act, I have the right to review and correct that information, and per the FOIA, the right to its disclosure.

3) ACCOUNTING OF DISCLOSURES: I request a full and complete "accounting of disclosures" as made and received by your agency related to these records or any part thereof, including the date, nature and purpose of the disclosure and the name and address of the recipient/sender.

4) RECORDS NOT IN YOUR POSSESSION: For any records not now in your possession, please advise me if these records were once in your possession and where they are now, i.e. the Federal Records Center, the National Archives, with a contractor, with another agency, or in some other location. If the records are somewhere else, please advise me when and where they were moved.

5) AGENCY FIELD OFFICES: I request that you forward a copy of this request to any appropriate agency field offices and obtain a copy of any records which they might now hold.

05 2503

FILED

DEC 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6) **VAUGHN INDEX:** I request a complete list of agency records covered by this request (Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). Case law states that a Vaughn Index is equally applicable to administrative procedures, Mead Data Central, Inc. v. Department of the Air Force, 402 F. Supp., 460 (D.D.C. 1974), remanded, 566 F.2d 242 (D.C. Cir. 1977).

7) **DISCRETIONARY DISCLOSURES:** Discretionary disclosures are encouraged under the FOIA (see Janet Reno's FOI Memorandum of October 4, 1993), particularly where the interest protected is "only a governmental interest" compared to a private interest. This falls under the act's primary objective of "maximum responsible disclosure".

8) **SEGREGABLE RECORDS:** The act requires release of all "reasonably segregable" records which are not themselves exempt.

9) **PUBLIC INTEREST:** The public interest in the disclosure of these records outweighs any privacy interest. The basic purpose of FOIA is to open agency action to public scrutiny in order to ensure an informed citizenry.

10) **EXPEDITED REQUEST:** I would like my request expedited in accordance with Open America v. Watergate, 547 F.2d 605 (1976).

11) **ARBITRARY AND CAPRICIOUS WITHHOLDING:** The Special Counsel of the Merit Systems Protection Board has the authority to conduct an investigation of any allegations concerning "arbitrary and capricious" withholding and/or disclosure of information under the FOIA/PA.

12) **APPEAL RIGHTS:** I am aware of my administrative rights.

13) **REQUEST FOR FEE WAIVER:** I request a fee waiver under FOIA policy guidelines. Disclosure of this information "is in the public interest because it is likely to contribute significantly to public understanding of the operation of activities of the Government". However, should my fee waiver request be denied, I am prepared to pay the fee while reserving my appeal rights.

14) **STATUTORY REPLY:** I would appreciate a reply within the statutory time period of 20 business days.

Sincerely,

Jose Miguel Chavez-Arellano
FULL NAME
Register No. 93054-079
P.O. Box 9000
Seagoville, TX 75159-9000

SIGNATURE

A CERTIFICATE OF IDENTITY IS ENCLOSED

U.S. Department of Justice

## Certification of Identity



acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   JOSE MIGUEL CHAVEZ-ARELLANO (93054-079)

Current Address   (FCI) SEAGOVILLE, P.O. BOX 9000, SEAGOVILLE, TX 75159-9000

Date of Birth   JULY 5, 1974      Signature Witnessed By: Carol Dianne Yates

Place of Birth   MICHOACAN, MEXICO

CAROL DIANNE YATES
Notary Public
State of Texas
My Commission Expires
July 23, 2005

Social Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____   Date   MARCH 27, 2003

### Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95



**U. S. Department of Justice**
Drug Enforcement Administration
Freedom of Information Section
Washington, D.C. 20537

JUL 10 2003

www.dea.gov

July 9, 2003

Jose Miguel Chavez-Arellano
Reg. No. 93054-079
P.O. Box 9000
Seagoville, Texas 75159-9000

Request No.: 03-1078-F

Subject of Request:    FINGERPRINTS/FINGERPRINT ANALYSIS

Dear Mr. Chavez-Arellano:

    This is in response to your recent correspondence dated April 17, 2003, to the Drug Enforcement Administration (DEA) South Central Laboratory, seeking information on the above subject. Your request was forwarded to this office for action.

    We were unable to locate any responsive documents using the criminal case number you provided as the DEA system of records are not indexed in that method. DEA records can be searched and retrieved using DEA investigative file numbers. In addition, the DEA lab file number you provided was queried and produced negative results as it also is not a DEA file number.

    We regret that our response could not have been more favorable. If you wish to appeal this response, you must do so within sixty (60) days pursuant to 28 C.F.R. § 16.9. The appeal should be directed to the following address with the envelope marked "FOIA/PA APPEAL".

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C. 20530

Sincerely,

Katherine Myrick

Katherine L. Myrick, Chief
Freedom of Information Section



**U.S. Department of Justice**

Drug Enforcement Administration

Washington, D.C. 20537

FEB 20 2004

Request Number:  03-1078-F

Previous DEA Request Number(s):  02-1370-F

Jose M. Chavez-Arellano #93054-079
FcI Seagoville
P.O. Box 9000
Seagoville, TX 75159

Dear Jose M. Chavez-Arellano:

    This letter is in response to your request for documents from the Drug Enforcement Administration (DEA). A request from you has been processed previously under the above referenced DEA request number. No further information other than that previously sent is available to you.

    Also, in order to receive information on fingerprint and analysis or fingerprint records, you must contact the Federal Bureau of Investigation (FBI) directly.

    Therefore, no further action will be taken regarding this request, and it will be administratively closed.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section