# EXHIBIT F

# FREEDOM OF INFORMATION REQUEST

REQUESTOR: Jose Miguel Chavez-Arellano     DATE OF BIRTH: July 5, 1974

REG. NO.: 93054-079     PLACE OF BIRTH: Mexico

ADDRESS: FCI Seagoville     CRIMINAL CASE NO.: 5:00-CR-00355

P.O. Box 9000     U.S. DISTRICT COURT: Texas (Laredo Division)

Seagoville, TX 75159-9000     DATE ARRESTED: March 13, 2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

DRUG ENFORCEMENT ADMINISTRATION
Laredo Resident Office
P.O. Drawer 2307                                                                January 7, 2004
Laredo, TX 78041

DEAR SIRS:

   I hereby request that you furnish me within 10 days as provided by law. (See 5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information:
   Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency files. I also request that you search other branches and officess for the requested records and most important any and all fingerprint analysis and/or fingerprint records in your agency files. ----------------------------------------------
//

//

//

   My request is not limited to the above. It includes all documents, reports, pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings, and all other information concerning this subject which is contained in your offices under the supervision and administration of the above-stated agency or branch of government.

   My request is made pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a certificate of identity is attached) I am willint to pay for any accessible search and copying fees.
Thank you,

[signature]

(signature of requestor)

05 2503

**FILED**

DEC 3 0 2005

NANCY MAYER WHITTINGTON, CLERK

# FREEDOM OF INFORMATION REQUEST

REQUESTOR: Jose Miguel Chavez-Arellano       DATE OF BIRTH: July 5, 1974

REG. NO.: 93054-079                          PLACE OF BIRTH: Mexico

ADDRESS: FCI Seagoville                      CRIMINAL CASE NO.: 5:00-CR-00355

P.O. Box 9000                                U.S. DISTRICT COURT: Texas (Laredo Division)

Seagoville, TX 75159-9000                    DATE ARRESTED: March 13, 2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

DRUG ENFORCEMENT ADMINISTRATION
Houston Division
Suite 600, 1433 West Loop South             January 7, 2004
Houston, TX 77027

DEAR SIRS:

I hereby request that you furnish me within 10 days as provided by law (See 5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information:

Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency files. I also request that you search other branches and offices for the requested records. ----------------------------------------------------------------

//

//

//

My request is not limited to the above. It includes all documents, reports, pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings, and all other information concerning this subject which is contained in your offices under the supervision and administration of the above-stated agency or branch of government.

My request is made pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a certificate of identity is attached) I am willing to pay for any accessible search and copying fees.
Thank you,

_____

(signature of requestor)

FREEDOM OF INFORMATION REQUEST

REQUESTOR: Jose Miguel Chavez-Arellano        DATE OF BIRTH: July 5, 1974

REG. NO.: 93054-079                           PLACE OF BIRTH: México

ADDRESS: FCI Seagoville                       CRIMINAL CASE NO.: 5:00-CR-00355

P.O. Box 9000                                 U.S. DISTRICT COURT: Texas (Laredo Division)

Seagoville, TX 75159-9000                     DATE ARRESTED: March 13, 2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

DRUG ENFORCEMENT ADMINISTRATION
Washington, D.C. Division
Fifth floor, 801 1 Street
Washington, D.C. 20001

January 7, 2004

DEAR SIRS:

I hereby request that you furnish me within 10 days as provided by law (See 5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information:

Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency files. I also request that you search other branches and offices for the requested records. ----------------------------------------------------------------
//

//

//

//
My request is not limited to the above. It includes all documents, reports, pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings, and all other information concerning this subject which is contained in your offices under the supervision and administration of the above-stated agency or branch of government.

My request is made pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a certificate of identity is attached) I am willing to pay for any accessible search and copying fees.
Thank you,

_____
(signature of requestor)

acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Jose Miguel Chavez Arellano (93054-079)

Current Address   FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth   July 5, 1974

Place of Birth   Mexico

_l Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]   _[signature]_            Date   January 7, 2004

Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertain-
   you.
   Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95