UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSE MIGUEL CHAVEZ-ARELLANO
(93054-079) P.O. BOX 9000
SEAGOVILLE, TX 75159-9000

      Plaintiff,

V.

UNITED STATES DEPARTMENT OF
JUSTICE, FEDERAL BUREAU OF
INVESTIGATIONS (FBI); EXECUTIVE
OFFICE FOR UNITED STATES ATTORNEYS
(EOUSA); DRUG ENFORCEMENT ADMINS-
TRATION (DEA).

      Defendants

Case No.: ▮▮▮▮▮▮

05 2503

## MOTION REQUESTING LEAVE TO PROCEED
## IN FORMA PAUPERIS

    Plaintiff, Jose Miguel Chavez-Arellano, respectfully request that the United States District Court for the District of Colubia grant him leave to proceed in forma pauperis as requested as he is indigent and is unable to pay the $150.00 filing fee.

    Petitioner has attached to this petition a Prisoner Trust Account Report, an Account Balance, and an application to proceed in "Forma Pauperis" signed by his Unit Counselor. Moreover, Petitioner has attached a Consent to Colletion Fees from Trust Account as required by this Honorable Court.

Respectfully Submitted,

*[signature]*

Jose M. Chavez-Arellano
Reg. No. 93054-079

RECEIVED
NOV 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07/30/04 FRI 13:49 FAX 830703207  US DISTRICT COURT  ☒009

DC 12 (Rev 8/82)

APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER

**United States District Court**

DISTRICT
FOR THE DISTRICT OF COLUMBIA

CASE TITLE
JOSE M. CHAVEZ-ARELLANO
v.
U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
EXECUTIVE OFFICE FOR U.S. ATTYS
DRUG ENFORCEMENT ADMINISTRATION

DOCKET NO. 04-0325
MAGISTRATE CASE NO. N/A

I, Jose M. Chavez-Arellano (93054-079), declare that I am the (check appropriate box)

☒ petitioner/plaintiff   ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant  ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes ☒   No ☐

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   SEAGOVILLE FEDERAL INSTITUTION,
   WORKING AS A RECREATION DEPARTMENT ORDERLY.   $5.25 MONTHLY

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

**FILED**
DEC 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 2503

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?                   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?         Yes ☐   No ☒
   d. Gifts or inheritances?                                  Yes ☐   No ☒
   e. Any other sources?                                      Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

FATHER SUPPORT     $60.00   MONTHLY

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   ERENDIRA MEZA  -  WIFE
   DIANA ARELLANO - DAUGHTER
   EMMANUEL ARELLANO  -  SON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Nov/23/05
             (Date)                                  Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ 54.67 on account to his credit at the FEDERAL CORRECTIONAL INSTITUTION, SEAGOVILLE TX institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

R.B. SQUIRE, COUNSELOR
Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge    Date | United States Judge    Date |