UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————  )
CHAVEZ-ARELLANO,                     )
                                     )
            Plaintiff,               )
                                     )
        v.                           )        Civil Action No. 05CV2503 (RMC)
                                     )
UNITED STATES DEPARTMENT             )
   OF JUSTICE,                       )
                                     )
FEDERAL BUREAU OF                    )
INVESTIGATION                        )
                                     )
EXECUTIVE OFFICE FOR THE             )
UNITED STATES ATTORNEYS              )
                                     )
DRUG ENFORCEMENT ADMIN.              )
                                     )
            Defendants.              )
———————————————————  )

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L.

Melnik as counsel for the federal defendants in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the     District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made

via Electronic Case Filing and/or mail to plaintiff, Mr. Jose Miguel Chavez-Arellano. Register

NO. 93054-079, PO Box 9000, F.C.I. Seagoville, Seagoville, Texas 75159 on February 6, 2006.


_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)