UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| CHAVEZ-ARELLANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05CV2503 (RMC) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion to Plaintiff's Complaint. In support of this request, the defendants state as follows:

1. The defendants' answer is due to be filed on February 10, 2006.

2. Plaintiff's Freedom of Information Act ("FOIA") complaint involves the Executive Office for the United States Attorneys ("EOUSA"), the Federal Bureau of Investigation ("FBI"), and the Drug Enforcement Administration ("DEA").

3. The undersigned Assistant has learned that each agency counsel requires additional time to review their respective files. The defendants expect to file a dispositive motion once that review is completed.

4. The defendants are requesting an additional thirty days to file a dispositive motion.

5. The defendants are unable to comply with LCvR 7(m) as plaintiff is currently

incarcerated.

Wherefore the defendants request until March 10, 2006, to file a dispositive motion. A proposed Order accompanies this motion.

                                                Respectfully submitted,

                                                _____/s/_____
                                                KENNETH L. WAINSTEIN, DC Bar #451058
                                                United States Attorney

                                                _____/s/_____
                                                R. CRAIG LAWRENCE, DC Bar #171538
                                                Assistant United States Attorney

                                                _____/s/_____
                                                KAREN L. MELNIK DC BAR # 436452
                                                Assistant United States Attorney
                                                555 4TH Street, N.W. Rm. E-4112
                                                Washington, D.C. 20530
                                                (202) 307-0338

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time was served by first-class mail on this 6th day of February, 2006, upon:

>Jose Miguel Chavez-Arellano
>Register No. 93054-079
>PO Box 9000  FCI Seagoville
>Seagoville, TX 75159

`

>Karen L. Melnik D.C. Bar # 436452
>Assistant United States Attorney
>555 4th Street, N.W. Rm E4112
>Washington, D.C. 20530
>(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAVEZ-ARRELLANO )<br>        Plaintiff, )<br> )<br>    v. )<br> )<br>UNITED STATES DEPARTMENT )<br>  OF JUSTICE et al., )<br> )<br> )<br>        Defendants. )<br>_____ ) | Civil Action No. 05-2503 (RMC) |

ORDER

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to File a Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until March 10, 2006, to file a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Jose Miguel Chavez-Arellano
Register Number 93054-079
PO Box 9000
FCI Seagoville
Seagroville, TX 75159

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530