UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHAVEZ-ARELLANO,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 05CV2503 (RMC)
                                    )
UNITED STATES DEPARTMENT            )
  OF JUSTICE et al.,                )
                                    )
                                    )
        Defendants.                 )
_____)

**ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C. 20530

Jose M. Chaves-Arellano
Register No. 93054-079
P.O. Box 9000
F.C.I. Seagoville
Seagoville, Texas 75159