IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSE MIGUEL CHAVEZ-ARELLANO, | ) |
|  | ) |
|  | ) |
| Plaintiff | ) |
|  | ) Civil Action No. 05-2503 (RMC) |
| v. | ) |
|  | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
|  | ) |
| Defendant. | ) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)     I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation, Headquarters Office ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)     In my current capacity as Section Chief, I supervise the Freedom of Information/Privacy Acts ("FOIPA") Litigation Support Unit ("LSU"). The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in

my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the handling of the FOIPA request of plaintiff, Jose Miguel Chavez-Arellano, which seeks access to records pertaining to himself and "DEA LAB ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS."

(4)     The purpose of this declaration is to provide the Court and plaintiff with an explanation of the procedures used to search for records responsive to plaintiff's request.

## CHRONOLOGY OF PLAINTIFF'S FOIA REQUEST

(5)     By routing slip dated June 21, 2002, the Department of Justice, Justice Management Division referred to the FBI an FOIPA request they had received from the plaintiff. Plaintiff asked for "File# M-6000103 DEA LAB ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS." Plaintiff also stated "consider this as a first-party request under the FOIA." Included with the request was a certification of identity form which contained his full name, federal prisoner identification number, date and place of birth, and current address. (See Exhibit A.)

(6)     By letter dated July 2, 2002, FBIHQ acknowledged receipt of the FOIPA request and advised plaintiff that his request for information pertaining to himself had been assigned

-2-

FOIPA number 0964047-000.[1]  (See **Exhibit B.**)

(7)     By letter dated July 17, 2002, FBIHQ advised plaintiff that a search of the automated indices to the Central Records System ("CRS") files at FBIHQ located no records responsive to his FOIPA request for records pertaining to himself.  Plaintiff was informed that the automated indices includes all records created since January 1, 1958 in security, applicant and administrative matters, as well as all records created since January 1, 1973 in criminal matters.  Further, if he thought records existed prior to those dates, plaintiff was advised to request a second search. FBIHQ also advised plaintiff of his right to file an administrative appeal of this "no records" response with the U.S. Department of Justice, Office of Information and Privacy ("DOJ OIP").  (See **Exhibit C.**)

(8)     By letter dated August 7, 2002, FBIHQ advised plaintiff that a search of the automated indices to the CRS files at FBIHQ located no records responsive to his FOIPA request for records concerning "DEA LAB ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS."   Plaintiff was informed that the automated indices includes all records created since January 1, 1958 in security, applicant and administrative matters, as well as all records created since January 1, 1973 in criminal matters.  If he thought records existed prior to those dates, plaintiff was advised to request a second search. FBIHQ informed plaintiff of his right to file an administrative appeal of this "no records" response with the U.S. Department of Justice, Office of Information and Privacy ("DOJ OIP").  Plaintiff was also advised that this request had been assigned FOIPA Number 0964048-000.  (See **Exhibit D.**)

---

[1]  The request for "File # M-6000103" was assigned FOIPA # 964048 although the FBI's February 2, 2004, letter did not reflect that.

-3-

(9)     By letter dated January 7, 2004 to the Assistant Director of the Criminal Investigative Division at FBIHQ, plaintiff submitted an FOIPA request for access to "Each and every record related to" himself in agency files. Along with this letter, plaintiff provided a Certification of Identity form which contained his full name, federal prisoner identification number, Social Security number, date and place of birth, and address. **(See Exhibit E.)**

(10)     By letter dated February 2, 2004, FBIHQ advised plaintiff that a subsequent search of the automated indices to the CRS files at FBIHQ located no records responsive to his FOIPA request for access to records concerning himself, with the exception of his prior FOIPA correspondence. In this letter, FBIHQ advised plaintiff of his right to file an administrative appeal of this "no records" response with DOJ OIP. **(See Exhibit F.)**

(11)     By letter dated January 7, 2004 to the Houston Field Office ("HOFO"), plaintiff submitted an FOIPA request for "Each and every record related to" himself in agency files. " Along with this letter, plaintiff provided a Certification of Identity form which contained his full name, federal prisoner identification number, Social Security number, date and place of birth, and address. **(See Exhibit G.)**

(12)     By letter dated January 20, 2004, FBIHQ acknowledged receipt of plaintiff's FOIPA request to the HOFO and advised plaintiff that a search of the automated indices to the CRS files at HOFO located no records responsive to his request. Plaintiff was informed that the automated indices includes all records created since January 1, 1958 in security, applicant, and administrative matters, as well as all records created since January 1, 1973 in criminal matters. If he thought records existed prior to those dates, plaintiff was advised to request a second search. FBIHQ informed plaintiff of his right to file an administrative appeal of this "no records"

response with the DOJ OIP. Plaintiff was also advised that this request had been assigned FOIPA Number 0990239-000. **(See Exhibit H.)**

(13)    By letter dated January 7, 2004 to the Assistant Director of the Laboratory Division at FBIHQ, plaintiff submitted an FOIPA request for "Any and all fingerprint analysis and/or fingerprint record in your agency files." Plaintiff also requested "that you search other branches and offices for the requested records." Along with this letter, plaintiff provide a Certification of Identity form which contained his full name, federal prisoner identification number, Social Security number, date and place of birth, and address. **(See Exhibit I.)**

(14)    By letter dated March 17, 2004, FBIHQ advised plaintiff that a search of the automated indices to the CRS located no records responsive to his FOIPA request for access to records concerning himself. Plaintiff was informed that the automated indices includes all records created since January 1, 1958 in security, applicant, and administrative matters, as well as all records created since January 1, 1973 in criminal matters. If he thought records existed prior to those dates, plaintiff was advised to request a second search. In this letter, FBIHQ advised plaintiff of his right to file an administrative appeal of this "no records" response with DOJ OIP. Plaintiff was also advised that his request had been assigned FOIPA Number 0993731-000 **(See Exhibit J.)**

(15)    By letter to DOJ OIP dated August 21, 2004, plaintiff appealed FOIPA requests 0990239-000, 964047, and 0993731-000. Plaintiff stated he believed the FBI had records responsive to his request. **(See Exhibit K.)**

(16)    By letters dated September 27, 2004, DOJ OIP notified plaintiff that his

administrative appeals had been received.[2] (**See Exhibit L.**)

(17)  By letters dated February 7, 2005, plaintiff was advised that after careful consideration of his appeals numbered 04-2780 and 04-2781, OIP affirmed the FBI's action on his FOIPA requests to FBIHQ and the Houston Field Office.  (**See Exhibit M.**)

(18)    By separate letter dated February 7, 2005, plaintiff was advised that after careful consideration of his appeal numbered 04-2782, OIP affirmed the FBI's action on his FOIPA request to the FBI Laboratory Division.  He was further advised of the process to obtain a copy of his FBI Identification Record or "rap sheet." (**See Exhibit N.**)

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(19)    The CRS used by the FBI enables it to maintain all pertinent information which it has acquired in the course of fulfilling its mandated law enforcement responsibilities.  The records maintained in this CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes.  This system consists of a numerical sequence of files broken down according to subject matter.  The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter.  Certain records in this system are maintained at FBIHQ.  Records which are pertinent to specific field offices are maintained in those field offices.

(20)    Through the General Indices, FBIHQ and each field division can access the CRS.  The General Indices are arranged in alphabetical order and consist of an index on various subjects, including the names of individuals and organizations.  Only information considered pertinent,

---

[2]  Plaintiff's appeal was assigned three separate Appeal Numbers by DOJ OIP - 04-2780, 04-2781 and 04-2782.

relevant or essential for future retrieval is indexed. Without a "key" (index) to this mass of information, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not effectively be used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes. Therefore, the General Indices to the CRS are the means by which the FBI can determine what retrievable information, if any, the FBI may have in the CRS on a particular subject matter.

(21)    Communications directed to FBIHQ from various field offices and Legal Attaches ("Legats") are filed in the pertinent case files and indexed to the names of individuals, groups, or organizations, which are listed in the case captions or titles as subjects, suspects, or as victims. Searches made in this index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

(22)    An index reference falls into two general categories:

> A "main" index reference carries the name of an individual, organization, activity or the like, which is the main subject of a file maintained in the system.
>
> A "cross reference" index reference contains only a mere mention or reference to an individual, organization, etc., which is located in the body of a communication in a file concerning the investigation of another individual, organization, or event.

(23)    On or about October 16, 1995, the Automated Case Support ("ACS") system was implemented for all Field Offices, Legats and FBIHQ. More than 105 million records were converted from automated systems previously utilized by the FBI. ACS consists of the following three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases:

(a) Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin (OO), which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN") which is used by FBIHQ and all offices that are conducting or assisting in the investigation. Using file number 100A-PH-43184 as an example, an explanation of the UCFN is as follows: "100" indicates the classification for that specific type of investigation, which in this example denotes a "terrorism enterprise" investigation; "PH" is the abbreviated form used for the Office of Origin of this investigation, which here is the FBI's Philadelphia Field Office; and, the "43184" indicates the individual case number assigned to a particular investigation.

(b) Electronic Case File – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index cases. The Lead Office may index additional information as needed. UNI is an 92.4 million record index that functions to index names to cases, and to search names and cases for use in FBI investigative and administrative cases. Names of individuals or non-individuals are recorded with identifying information such as the date or place of birth, race, sex, locality, Social Security number, address, or date of an event.

-8-

(24)    The decision to index names other than subjects, suspects, and victims is a

discretionary decision made by the investigative FBI Special Agent ("SA"), the supervisor in the

field office conducting the investigation, and the supervising SA at FBIHQ.  The FBI does not

index every name in its files; it indexes only that information considered to be pertinent, relevant,

or essential for future retrieval.  This index to the mass of information that is essential to ongoing

investigations is the only way in which the FBI can readily retrieve the information.  Therefore,

the General Indices to the CRS files are the means by which the FBI can determine what

retrievable information, if any, the FBI may have in its CRS files on a particular subject matter.

(25)    In response to plaintiff's requests, FBIHQ searched the CRS using plaintiff's name

in order to locate any main investigatory files maintained at HQ and HOFO.  A search of the CRS

by using the name "Jose Miguel Chavez-Arellano" would cover a thirteen-way phonetic

breakdown of the name.  For example, this search would locate records using the phonetic sounds

of each last and first name relating to the following names: "Arellano, Jose Miguel Chavez";

"Arellano, Jose Miguel"; "Arellano, Jose M."; "Arellano, Jose"; "Arellano, J. Miguel"; "Arellano,

J. M.."; "Arellano, Miguel"; "Chavez, Jose Miguel"; "Chavez, Jose M."; "Chavez, Jose";

"Chavez, J. Miguel"; "Chavez, J. M."; and "Chavez, Miguel."  FBIHQ also used plaintiff's date

of birth and Social Security number to facilitate the identification of responsive records.  This

search failed to locate any main investigatory files responsive to plaintiff's request.  File #M-

6000103 is not an FBI file number, however, any information relating to plaintiff and "DEA LAB

ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS" would have

surfaced as a result of the search of his name in the CRS.

## FBI FOIPA POLICY CONCERNING ROUTINE AUTOMATED SEARCHES AND SEARCHES OF THE CRS FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(26)    In the absence of a specific request for a search of cross-references at the administrative level, the FBI's current policy is to search for and identify only "main" files responsive to FOIPA requests.  In this case, at the administrative level, plaintiff did not specifically request that a search be conducted for cross-references.  Nonetheless, upon receipt of the complaint FBIHQ did conduct a search to locate cross-references responsive to this request.  FBIHQ has determined that there are no cross-references that concern the plaintiff at FBIHQ or the HOFO..

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that **Exhibits A through N** attached hereto are true and correct copies.

Executed this _____ 10th _____ day of February, 2006.

DAVID M. HARDY
Section Chief
Record/Information Dissemination
  Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

# EXHIBIT A

**U.S. Department of Justice**
**Justice Management Division**

**Freedom of Information Act/Privacy Act**
**Referral/Action Slip**

Date: **JUN 2 1 2002**

Clerk:         Windham
Organization:   JMD/FASS
Building & Room:   LOC, Room 113

| To | From | | To | From |
|----|------|---|----|------|
| ☐ | ☐ Office of Information & Privacy | | ☐ | ☐ Immigration Review, Executive Office for |
| |    __ The Attorney General | | ☐ | ☐ Inspector General, Office of |
| |    __ Deputy Attorney General | | ☐ | ☐ Intelligence Policy, and Review, Office of |
| |    __ Associate Attorney General | | ☐ | ☐ INTERPOL, U.S. National Central Bureau |
| |    __ Public Affairs, Office of | | ☐ | ☐ Justice Management Division |
| |    __ Legislative Affairs, Office of | | |    Staff: _____ |
| |    __ Policy & Development, Office of | | | |
| |    __ Intergovernmental Affairs, Office of | | | |
| ☐ | ☐ Antitrust Division | | ☐ | ☐ Justice Programs, Office of |
| ☐ | ☐ Bureau of Prisons | | ☐ | ☐ Legal Counsel, Office of |
| ☐ | ☐ Civil Division | | ☐ | ☐ Pardon Attorney, Office of |
| ☐ | ☐ Civil Rights Division | | ☐ | ☐ Professional Responsibility, Office of |
| ☐ | ☐ Community Relations Service | | ☐ | ☐ Solicitor General, Office of |
| ☐ | ☐ Community Oriented Policing Services | | ☐ | ☐ Tax Division |
| ☐ | ☐ Criminal Division | | ☐ | ☐ U.S. Attorneys, Executive Office for |
| ☒ | ☐ Drug Enforcement Administration | | ☐ | ☐ U.S. Marshals Service |
| ☐ | ☐ Environment & Natural Resources Division | | ☐ | ☐ U.S. Parole Commission |
| ☒ | ☐ Federal Bureau of Investigation | | ☐ | ☐ U.S. Trustees, Executive Office for |
| ☐ | ☐ Foreign Claims Settlement Commission | | ☐ | ☐ _____ |
| ☐ | ☐ Immigration & Naturalization Service | | | |

Requester: ___ Jose M. Chavez Arellano _____

Ref: ___ Case No. 5-00-CR-00355-002 _____

Date of Request: ___ December 4, 2001 _____

Received By: ___ FOIA/PA Referral Unit ___ Type of Request: ___ FOI/PA _____

Remarks: ___ Requester advised of this referral. _____

FORM JMD-481
Revised Aug. 1998

FREEDOM OF INFORMATION / PRIVACY ACT REQUEST

REQUESTOR JOSE M. CHAVEZ ARELLANO

REG. NO. 93054-079

ADDRESS P.O.BOX 9000, FORREST CITY,AR.72336

AGENCY REQUESTED FROM: U.S. DEPART. OF JUSTICE

DISTRICT COURT WESTERN DIST. OF TX. (LAREDO DIVISION)

DATE OF BIRTH 07/05/74

CASE NUMBER 5-00-CR-00355-002

Pursuant to the freedom of information Act,5 USC 552, and the privacy Act of 1974, 5 USC 552a, I hereby request copies of the following documents. If for any reason you chose not send me any of the documents or papers requested then please furnish me with a "Vaughn Index" as set forth in Vaughn v. Rosen, 484 F2d 820 (D.C.D.C. 1973).

I am requesting: Files M-6000103 DEA LAB ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS.

Please consider this as a first-party request under the FOIA, 5 USC 552, and as a Privacy Act request, 5 USC 552a also.

In the event that some of the material is considered by you to be exempt from disclosure under both Acts, then please include all segregable portions of documents and the specific exemption you are relying upon to deny disclosure of the excised portion. Please note that in order to avoid disclosure you must claim an appropriate exemption under both Acts.

I am requesting that you abide by the statutory time within which to make a determination on this request, that being twenty working days from your receipt under Section 552(a)(6)(A)(i).

I request a fee waiver or at least a fee reduction, however, in the event you deny this request for waiver I hereby agree to pay the fees for search and duplication while retaining my right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

I, Jose M. Chavez Arellano, hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

DATED _____

STATE OF ARKANSAS, COUNTY OF ST. FRANCIS.

BEFORE ME, A NOTARY PUBLIC, On this day personally appeared known to me to be the person whose name is subscribed above, being by me first duly sworn, declared that the information above is true and correct.

Given under my hand seal of office this _____ day of _____, 2001.

ommission e)

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] __JOSE MIGUEL CHAVEZ ARELLANO__    U.S.M. # 93054-079

Current Address __(FCI) P.O. BOX 9000, FORREST CITY, ARKANSAS 72336__

Date of Birth __07/05/74__

Place of Birth __MICHOACAN, MEXICO__

Social Security Number [2] __N/A__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____    Date __12-04-01__

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record.

FORM APPROVED OMB NO 1103-0016
EXPIRES 1/31/01

Signature Witness Before me
in County of St. Francis, State
of Arkansas on The ___
Day of ___

*LEGAL MAIL*

Jose M. Chavez Arel ATTORNEY GENE...
Reg. No. 93054-079   M-A
Federal Correctional
Institution
P.O. Box 9000
Forrest City, AR.72336

FEA = 8

  

**LOVE LOVE**

**CERTIFIED MAIL**



7099 3400 0014 4765 3686

*LEGAL MAIN*

"Freedom of Information Act Request"
FOIA/PA Mail Referral Unit
Justice Management Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW.
Washington, D.C. 20530-0001

# EXHIBIT B



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR JOSE MIGUEL CHAVEZ ARELLANO
**93054-079
UNIT/M-A
POST OFFICE BOX 9000
FORREST CITY, AR 72336

JULY 2, 2002

Request No.: 0964047- 000
Subject:CHAVEZ ARELLANO, JOSE MIGUEL

Dear Requester:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
     to the FBI. The FOIPA number listed above has been assigned to your request.

☐   For an accurate search of our records, please provide the complete name, alias, date and
     place of birth for the subject of your request. Any other specific data you could provide
     such as prior addresses, or employment information would also be helpful. If your
     subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your
     notarized signature or, in place of a notarized signature, a declaration pursuant to Title
     28, United States Code 1746. For your convenience, the reverse side of this letter
     contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
     your arrest record, please follow the enclosed instructions in Attorney General Order
     556-73. You must submit fingerprint impressions so a comparison can be made with the
     records kept by CJIS. This is to make sure your information is not released to an
     unauthorized person.

☐   We are searching the indices to our central records system at FBI Headquarters for the
     information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the
     FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

*Robert A. Moran*

Robert A. Moran
Acting Section Chief,
Freedom of Information-
 Privacy Acts Section
Records Management Division

EXHIBIT C



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR JOSE MIGUEL CHAVEZ ARELLANO                         July 17, 2002
**93054-079
UNIT/M-A
POST OFFICE BOX 9000
FORREST CITY, AR  72336

                                    Request No.: 0964047- 000
                                    Subject: CHAVEZ ARELLANO, JOSE
                                    MIGUEL ET AL

Dear Requester:

        This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

        Based on the information furnished, a search of the automated indices to our central records
system files at FBI Headquarters located no records responsive to your FOIPA request to indicate you
and/or the subject(s) of your request have ever been of investigatory interest to the FBI. The automated
indices is an index to all records created since January I, 1958, in security, applicant, and administrative
matters, as well as to all records created since January 1, 1973, in criminal matters.

        If you have reason to believe records responsive to your request exist prior to the above dates, you
will have to request another search.  In order to respond to our many requests in a timely manner, our focus
is to identify responsive records in the automated indices that are indexed as main files.  A main index
record carries the names of subjects of FBI investigations.

        Although no main file records responsive to your FOIPA request were located in our automated
indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire.
Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S.
Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from receipt of
this letter.  The envelope and the letter should be clearly marked "Information Appeal."  Please cite the
FOIPA request number assigned to your request so that it may easily be identified.

                        Sincerely yours,

                        *Robert A. Moran*

                        Robert A. Moran
                        Acting Section Chief,
                        Freedom of Information-
                         Privacy Acts Section
                        Records Management Division

# EXHIBIT D



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR JOSE MIGUEL CHAVEZ ARELLANO                    August 7, 2002
**93054-079
UNIT/M-A
POST OFFICE BOX 9000
FORREST CITY, AR 72336

Request No.: 0964048- 000
Subject: DEA LAB ANALYSIS OF
METHAMPHETAMINE AND
FINGERPRINT ANALYSIS

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January 1, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you will have to request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from receipt of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief
Freedom of Information-
Privacy Acts Section
Records Management Division

EXHIBIT E

# FREEDOM OF INFORMATION REQUEST

REQUESTOR: Jose Miguel Chavez-Arellano

REG. NO.: 93054-079

ADDRESS: FCI Seagoville,

P.O. Box 9000

Seagoville, TX 75159-9000

DATE OF BIRTH: July 5, 1974

PLACE OF BIRTH: Mexico

CRIMINAL CASE NO.: 5:00-CR-00355

U.S. DISTRICT COURT: Texas (Laredo Division)

DATE ARRESTED: March 13, 2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

FEDERAL BUREAU OF INVESTIGATION
Assistant Director of Criminal
Investigative Division
935 Pennsylvania Ave. N.W.
Washington, D.C. 20535-0001

January 7, 2004

DEAR SIRS:

I hereby request that you furnish me within 10 days as provided by law (See 5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information: Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency files. I also request that you search other branches and offices for the requested records. --------------------------------------------------------------------------

//

//

//

My request is not limited to the above. It includes all documents, reports, pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings, and all other information concerning this subject which is contained in your offices under the supervision and administration of the above-stated agency or branch of government.

My request is made pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 5 U.S.C. §§552, 552a.(a certificate of identity is enclosed) I am willing to pay for any accessible search and copying fees.
Thank you,

_____

(signature of requestor)

| U.S. Department of Justice | **Certification of Identity** |  |
|---|---|---|

acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division. U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Jose Miguel Chavez Arellano (93054-079)

Current Address   FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth   July 5, 1974

Place of Birth   Mexico

d Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____    Date   January 7, 2004

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining you.
Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95



U.S. Department of Justice

**CHAVEZ-ARRELLANO**
JOSE                    MIGUEL

EXHIBIT F



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

February 2, 2004

Mr. Jose Miguel Chavez- Arellano
**93054-079
Post Office Box 9000
Seagoville, TX 75159-9000

Request No.: 964047
Subject: Chavez-Arellano, Jose Miguel

Dear Mr. Chavez-Arellano:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request.

A subsequent search of the indices to our central records system files at FBI Headquarters revealed only your prior FOIPA request and our correspondence. No other records were located responsive to your FOIPA request.

Although no record responsive to your request was located, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal."

Sincerely yours,

/S/

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

# EXHIBIT G

# F R E E D O M   O F   I N F O R M A T I O N   R E Q U E S T

| | | |
|---|---|---|
| REQUESTOR | Jose Miguel Chavez-Arellano | DATE OF BIRTH· July 5, 1974 |
| REG. NO : | 93054-079 | PLACE OF BIRTH Mexico |
| ADDRESS : | FCI Seagoville | CRIMINAL CASE NO. 5:00-CR-00355 |
| | P.O. Box 9000 | U.S. DISTRICT COURT· Texas (Laredo Division) |
| | Seagoville, TX 75159-9000 | DATE ARRESTED· March 13, 2000 |

BRANCH OR AGENCY FROM WHICH REQUESTED:

FEDERAL BUREAU OF INVESTIGATION
Federal Office Building and Courthouse
2500 East T.C. Jester Boulevard, Suite 200                January 7, 2004
Houston, TX 77008-1300

DEAR SIRS

    I hereby request that you furnish me within 10 days as provided by law (See
5 U.S.C.,§552(a)(6)(A)), copies of the following specified documents or information:

    Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency
files. I also request that you search other branches and offices for the requested
records. -----------------------------------------------------------------------------
    //
    //
    //
    //
    My request is not limited to the above.  It includes all documents, reports,
pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings,
and all other information concerning this subject which is contained in your offices
under the supervision and administration of the above-stated agency or branch of
government.

    My request is made pursuant to the provisions of the Freedom of Information
and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a certificate of identity is enclosed)
I am willing to pay for any accessible search and copying fees.
Thank you,


_____
(signature of requestor)

U.S. Department of Justice

## Certification of Identity



acy Act Statement  In accordance with 28 CFR Section 16 41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U S C  Section 552a, is required  The purpose of this solicitation is to ensure that the records of individuals who are the subject of U S  Department of Justice systems of records are not wrongfully disclosed by the Department  Failure to furnish this information will result in no action being taken on the request  False information on this form may subject the requester to criminal penalties under 18 U S C  Section 1001 and/or 5 U S C  Section 522a(i) (3)

Public reporting burden for this collection of information is estimated to average 0 50 hours per response. including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information  Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U S  Department of Justice, Washington, DC  20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC  20503

Full Name of Requester [1]   Jose Miguel Chavez Arellano  (93054-079)

Current Address   FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth    July 5, 1974

Place of Birth   Mexico

ıl Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U S C  Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U S C  552a(i)(3) by a fine of not more than $5,000

Signature [3]   _____   Date   January 7, 2004

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person

Further, pursuant to 5 U S C  § 552a(b). I authorize the U S  Department of Justice to release any and all information relating to me to

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought
[2] Providing your social security number is voluntary  You are asked to provide your social security number only to facilitate the identification of records relating to you  Without your social security number, the Department may be unable to locate any or all records pertaining you
Signature of individual who is the subject of the record sought

FORM APPROVED OMB NO  1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FL8 93



U.S. Department of Justice

93 079

CHAVEZ-ARRELLANO

JOSE                    MIGUEL

MATE

EXHIBIT H



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*January 20, 2004*

MR JOSE MIGUEL CHAVEZ ARELLANO
**93054-079
POST OFFICE BOX 9000
SEAGOVILLE, TX 75159 9000

Request No.: 0990239- 000
Subject: CHAVEZ ARELLANO, JOSE MIGUEL

Dear Mr. Chavez-Arellano:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our central records system files at the Houston Field Office located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January I, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you will have to request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# EXHIBIT I

# FREEDOM OF INFORMATION REQUEST

REQUESTOR  Jose Miguel Chavez-Arellano     DATE OF BIRTH: July 5, 1974

REG. NO    93054-079                       PLACE OF BIRTH. Mexico

ADDRESS    FCI Seagoville                  CRIMINAL CASE NO.: 5:00-CR-00355

           P.O. Box 9000                   U.S. DISTRICT COURT· Texas (Laredo Division)

           Seagoville, TX 75159-9000       DATE ARRESTED· March 13, 2000


BRANCH OR AGENCY FROM WHICH REQUESTED:

       FEDERAL BUREAU OF INVESTIGATION
       Assistant Director of Laboratory               January 7, 2004
       Division
       935 Pennsylvania Ave. N.W.
       Washington, D.C. 20535-0001

DEAR SIRS:

     I hereby request that you furnish me within 10 days as provided by law (See
5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information:
     Any and all fingerprint analysis and/or fingerprint record in your agency files.
I also request, that you search other branches and offices for the requested
records. ---------------------------------------------------------------------
     //
     //
     //
     //
     My request is not limited to the above.  It includes all documents, reports,
pictures, exhibits, memorandums, letters. summaries, handwritten notes, recordings,
and all other information concerning this subject which is contained in your offices
under the supervision and administration of the above-stated agency or branch of
government!

     My request is made pursuant to the provisions of the Freedom of Information
and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a certificate of identity is enclosed)
I am willing to pay for any accessible search and copying fees.
Thank you,



_____
(signature of requestor)

U.S. Department of Justice

## Certification of Identity



...acy Act Statement. In accordance with 28 CFR Section 16 41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U S C Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U S Department of Justice systems of records are not wrongfully disclosed by the Department Failure to furnish this information will result in no action being taken on the request False information on this form may subject the requester to criminal penalties under 18 U S C Section 1001 and/or 5 U S C Section 522a(i) (3)

Public reporting burden for this collection of information is estimated to average 0 50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U S Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503

Full Name of Requester [1]   Jose Miguel Chavez Arellano  (93054-079)

Current Address   FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth   July 5, 1974

Place of Birth   Mexico

...l Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U S C Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U S C 552a(i)(3) by a fine of not more than $5,000

Signature [3] _____   Date ___January 7, 2004___

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person

Further, pursuant to 5 U S C § 552a(b), I authorize the U S Department of Justice to release any and all information relating to me to

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought

[2] Providing your social security number is voluntary You are asked to provide your social security number only to facilitate the identification of records relating to you Without your social security number, the Department may be unable to locate any or all records pertaining you

[3] Signature of individual who is the subject of the record sought

FORM APPROVED OMB NO 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FLB 95



EXHIBIT J



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*March 17, 2004*

MR JOSE MIGUEL CHAVEZ ARELLANO
**93054-079
POST OFFICE BOX 9000
SEAGOVILLE, TX 75159 9000

Request No.: 0993731- 000
Subject: CHAVEZ ARELLANO, JOSE
MIGUEL

Dear Mr. Chavez -Arellano:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request to indicate you have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January 1, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you may request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of the FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# EXHIBIT K

Jose M. Chavez
Reg. No. 93054-079/FCI Seagoville
P.O. Box 9000/Seagoville, TX 75159

August 21, 2004

Office of Information and Privacy
United States Department of Justice
   Flag Building, Suite 570
   Washington, D.C. 20530

RE: FOIA/PA "Appeal" Requests No.; 0990239-
000,964047,0993731-000. Records pertai-
ning to case no. 5:00-CR-00355-2.

Petitioner, Jose M. Chavez-Arellano, forwarded Seven (7) FOIA/PA requests,
through different Federal Bureau of Investigation's field offices. However,
Petitioner received only 3 responses of the 7 FOIA/PA requests.

On January 7, 2004, through FOIA/PA, Petitioner requested; "Each and every
record related to requestor within the F.B.I.'s agency at 2500 East T.C. Jester
Blvd., Ste. 200, Houston, Texas 77008-1300. Additionally, Petitioner requested
that such agency searched other branches and offices for the requested records,
and mentioned his willingness to pay for any accessible search and copying fees.
On January 20, 2004, the FBI's Houston Field Office forwarded a letter, request
no. 0990239-000, stating; "no records responsive to your POIPA request..."

On January 7, 2004, Petitioner requested; "Each and every record related to
requestor", within the FBI agency, Assistant Director of Criminal Investigative
Division at 935 Pennsylvania Ave., N.W., Washington, D.C. 20535-0001. On
February 2, 2004, Petitioner received a letter for Records Management Division,
signed by Mr. David M. Hardy, assigned request no. 964047, such letter stated
that; "our central record system files at FBI headquarters revealed only your
prior FOIPA request and our correspondence. No other records were located
responsive to your FOIPA request."

On January 7, 2004, Petitioner requested "Any and all fingerprint analysis
and/or fingerprint record in your agency files." Also, requested to search
another branches and offices for the requested records. This request was
directed to FBI, Assistant Director of Laboratory Division at 935 Pennsylvania
Ave. N.W., Washington, D.C. 20535-0001. On March 17, 2004, Petitioner received a
letter, request no. 0993731-000, stating that; "FBI Headquarters located no
records responsive to your FOIPA request."

Petitioner has reliable information to believe that the Federal Bureau of
Investigation contains records related to Petitioner's criminal case.
Consequently, Petitioner hereby is appealing the denial of his requests. In ad-
dition, Petitioner has been prejudiced for the F.B.I. bad faith denial, since
the failure to disclose these records preclude Petitioner to pursue a fair post-
conviction relief, violating Petitoner's Fifth Amendment, right to due process,
the substantive and fundamental right to be free, and the right to fairly pursue
any post-conviction remedy. Since Petitioner is collaterally attacking his con-
viction the withholding of Petitioner's records would result in a miscarriage of
justice. For the facts and arguments hereinbefore presented, Petitioner
respectfully request that this Honorable Office of Information and Privacy,
direct an order to the mentioned FBI's agencies to forward, as soon as possible,
any and each Petitioner's case records, in the interest of justice.

Respectfully Submitted,

Jose M. Chavez

OFFICE OF INFORMATION
AND PRIVACY

AUG 3 1 2004

RECEIVED

# EXHIBIT L



**U.S. Department of Justice**

Office of Information and Privacy

Telephone  (202) 514-3642                    *Washington D C  20530*

SEP 2 7 2004

Mr  Jose M  Chavez
Register No  93054-079
Federal Correctional Institution
P.O  Box 9000
Seagoville, TX  75159-9000

     Re·      Request No  990239

Dear Mr  Chavez

    · This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on August 31, 2004

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt  Your appeal has been assigned number **04-2780**  Please mention this number in any future correspondence to this Office regarding this matter

    We will notify you of the decision on your appeal as soon as we can  The necessity of this delay is regretted and your continuing courtesy is appreciated

               Sincerely,

               Priscilla Jones
               Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone (202) 514-3642_                    _Washington D C 20530_

SEP 2 7 2004

Mr Jose M Chavez
Register No 93054-079
Federal Correctional Institution
P.O Box 9000
Seagoville, TX 75159-9000

Re·      Request No. 964047

Dear Mr Chavez.

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on August 31, 2004

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt   Your appeal has been assigned number **04-2781.** Please mention this number in any future correspondence to this Office regarding this matter

We will notify you of the decision on your appeal as soon as we can   The necessity of this delay is regretted and your continuing courtesy is appreciated

Sincerely,

Priscilla Jones
Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone (202) 514-3642_                    _Washington, D C 20530_

SEP 2 7 2004

Mr Jose M. Chavez
Register No 93054-079
Federal Correctional Institution
P.O Box 9000
Seagoville, TX 75159-9000

Re·    Request No 993731

Dear Mr. Chavez

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on August 31, 2004

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt Your appeal has been assigned number **04-2782** Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated

Sincerely,

Priscilla Jones
Administrative Specialist

# EXHIBIT M



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**FEB 0 7 2005**

Mr. Jose M. Chavez-Arellano
Register No. 93054-079
Federal Correctional Institution    Re:  Appeal No. 04-2780
Post Office Box 9000                     Request No. 990239
Seagoville, TX  75159                    RLH:ADW:EJS

Dear Mr. Chavez-Arellano:

     You appealed from the action of the Houston Field Office
of the Federal Bureau of Investigation on your request for
access to records concerning you.

     After carefully considering your appeal, I have decided
to affirm the FBI's action on your request.

     The FBI informed you that it could locate no records at
the Houston Field Office responsive to your request.  It has
been determined that the FBI's response is correct.

     If you are dissatisfied with my action on your appeal,
you may seek judicial review in accordance with 5 U.S.C.
§ 552(a)(4)(B).

                              Sincerely,


                              Richard L. Huff
                              Co-Director



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                *Washington, D.C. 20530*

**FEB 0 7 2005**

Mr. Jose M. Chavez-Arellano
Register No. 93054-079
Federal Correctional Institution    Re:  Appeal No. 04-2781
Post Office Box 9000                      Request No. 964047
Seagoville, TX  75159                     RLH:ADW:EJS

Dear Mr. Chavez-Arellano:

     You appealed from the action of the Headquarters Office
of the Federal Bureau of Investigation on your request for
access to records concerning you.

     After carefully considering your appeal, I have decided
to affirm the FBI's action on your request.

     The FBI informed you that it could locate no records
responsive to your request.  It has been determined that the
FBI's response is correct.

     If you are dissatisfied with my action on your appeal,
you may seek judicial review in accordance with 5 U.S.C.
§ 552(a)(4)(B).

                              Sincerely,


                              Richard L. Huff
                              Co-Director

# EXHIBIT N



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

## FEB 0 7 2005

Mr. Jose M. Chavez-Arellano
Register No. 93054-079
Federal Correctional Institution    Re:  Appeal No. 04-2782
Post Office Box 9000                       Request No. 993731
Seagoville, TX  75159                      RLH:ADW:EJS

Dear Mr. Chavez-Arellano:

     You appealed from the action of the Headquarters Office
of the Federal Bureau of Investigation on your request for
access to Laboratory Division records concerning you.

     After carefully considering your appeal, I have decided
to affirm the FBI's action on your request.

     The FBI informed you that it could locate no records
responsive to your request for "fingerprint analysis and/or
fingerprint record." It has been determined that the FBI's
response is correct.

     Because you mention "fingerprints," it appears that you
may be seeking a copy of your FBI identification record or
"rap sheet". To obtain rap sheet information, you need to
make a written request, including your full name, date and
place of birth, a certified check or money order in the amount
of $18 payable to the Treasurer of the United States, and a
set of rolled-inked fingerprint impressions placed upon
fingerprint cards or forms commonly used by law enforcement
agencies for applicant or law enforcement purposes. <u>See</u>
28 C.F.R. § 16.30-.34 (2004) (copy enclosed for your
convenience). Requests for access to rap sheet information
must be addressed to:

                    Federal Bureau of Investigation
                    CJIS Division
                    ATTN: SCU, Mod. D-2
                    1000 Custer Hollow Road
                    Clarksburg, WV  26306

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,


Richard L. Huff
Co-Director

Enclosure