# Exhibit A

FREEDOM OF INFORMATION / PRIVACY ACT REQUEST

REQUESTOR JOSE M. CHAVEZ ARELLANO

REG. NO. 93054-079

ADDRESS P.O.BOX 9000, FORREST CITY,AR.72336

AGENCY REQUESTED FROM: U.S. DEPART. OF JUSTICE

DISTRICT COURT WESTERN DIST. OF TX. (LAREDO DIVISION)

DATE OF BIRTH 07/05/74

CASE NUMBER 5-00-CR-00355-002

Pursuant to the freedom of information Act,5 USC 552, and the privacy Act of 1974, 5 USC 552a, I hereby request copies of the following documents. If for any reason you chose not send me any of the documents or papers requested then please furnish me with a "Vaughn Index" as set forth in Vaughn v. Rosen, 484 F2d 820 (D.C.D.C. 1973).

I am requesting: File# M-6000103 DEA LAB ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS.

Please consider tnis as a first-party request under the FOIA, 5 USC 552, and as a Privacy Act request, 5 USC 552a also.

In the event that some of the material is considered by you to be exempt from disclosure under both Acts, then please include all segregable portions of documents and the specific exemption you are relying upon to deny disclosure of the excised portion. Please note that in order to avoid disclosure you must claim an appropriate exemption under both Acts.

I am requesting that you abide by the statutory time within which to make a determination on this request, that being twenty working days from your receipt under Section 552(a)(6)(A)(i).

I request a fee waiver or at least a fee reduction, however, in the event you deny this request for waiver I hereby agree to pay the fees for search and duplication while retaining my right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

I, Jose M. Chavez Arellano, hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

DATED _____

STATE OF ARKANSAS, COUNTY OF ST. FRANCIS.


BEFORE ME, A NOTARY PUBLIC, On this day personally appeared known to me to be the person whose name is subscribed above, being by me first duly sworn, declared that the information above is true and correct.


Given under my hand seal of office this _____ day of _____, 2001.




**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    JOSE MIGUEL CHAVEZ ARELLANO   U.S.M. # 93054-079

Current Address   (FCI) P.O. BOX 9000, FORREST CITY, ARKANSAS 72336

Date of Birth   07/05/74

Place of Birth   MICHOACAN, MEXICO

Social Security Number [2]         N/A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]                              Date  12-04-01

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

Signature Witness Before me
in County of St. Francis, State
of Arkansas on The

# Exhibit B

U.S. Department of Justice
Justice Management Division

**Freedom of Information Act/Privacy Act
Referral/Action Slip**

Date:    **JUN 2 1 2002**

Clerk:
Organization:    Windham
Building & Room:    JMD/FASS
                   LOC, Room 113

| To | From |  | To | From |
|---|---|---|---|---|
| ❑ | ❑ Office of Information & Privacy | | ❑ | ❑ Immigration Review, Executive Office for |
| | __ The Attorney General | | | |
| | __ Deputy Attorney General | | ❑ | ❑ Inspector General, Office of |
| | __ Associate Attorney General | | | |
| | __ Public Affairs, Office of | | ❑ | ❑ Intelligence Policy, and Review, Office of |
| | __ Legislative Affairs, Office of | | | |
| | __ Policy & Development, Office of | | ❑ | ❑ INTERPOL, U.S. National Central Bureau |
| | __ Intergovernmental Affairs, Office of | | | |
| | | | ❑ | ❑ Justice Management Division |
| ❑ | ❑ Antitrust Division | | | Staff: _____ |
| ❑ | ❑ Bureau of Prisons | | ❑ | ❑ Justice Programs, Office of |
| ❑ | ❑ Civil Division | | ❑ | ❑ Legal Counsel, Office of |
| ❑ | ❑ Civil Rights Division | | ❑ | ❑ Pardon Attorney, Office of |
| ❑ | ❑ Community Relations Service | | ❑ | ❑ Professional Responsibility, Office of |
| ❑ | ❑ Community Oriented Policing Services | | ❑ | ❑ Solicitor General, Office of |
| ❑ | ❑ Criminal Division | | ❑ | ❑ Tax Division |
| ⊠ | ❑ Drug Enforcement Administration | | ❑ | ❑ U.S. Attorneys, Executive Office for |
| ❑ | ❑ Environment & Natural Resources Division | | ❑ | ❑ U.S. Marshals Service |
| ⊠ | ❑ Federal Bureau of Investigation | | ❑ | ❑ U.S. Parole Commission |
| ❑ | ❑ Foreign Claims Settlement Commission | | ❑ | ❑ U.S. Trustees, Executive Office for |
| ❑ | ❑ Immigration & Naturalization Service | | ❑ | ❑ _____ |

Requester: _____ Jose M. Chavez Arellano _____

Ref: _____ Case No. 5-00-CR-00355-002 _____

Date of Request: _____ December 4, 2001 _____

Received By: __ FOIA/PA Referral Unit _____    Type of Request: ___ FOI/PA ___

Remarks: _____ Requester advised of this referral. _____

FORM JMD-48
Revised Aug. 1998

# Exhibit C





**U.S. Department of Justice**

**Drug Enforcement Administration**

---

*Washington, D.C. 20537*

July 25, 2002

Request Number:          02-1370-F

Subject of Request:      **LAB ANALYSIS**

FCI FORREST CITY
P.O. BOX 9000
FORREST CITY, AR 72336

DEAR JOSE M CHAVEZ-ARELLANO:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. To deal fairly with all requests that require the retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding your FOI/PA request.

This letter confirms your obligation that by filing this request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the search and processing, you will be notified of chargeable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

*Katherine L. Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# Exhibit D



**U.S. Department of Justice**

**Drug Enforcement Administration**

OCT 0 8 2002

*Washington, D.C. 20537*

Request Number:    02-1370-F

Subject of Request:    LAB ANALYSIS

FCI FORREST CITY
P.O. BOX 9000
FORREST CITY, AR 72336

DEAR JOSE M CHAVEZ-ARELLANO:

    Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[ ]   A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material. An attachment to this letter explains these exemptions in more detail.

[X]   The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

[X]   The documents are being forwarded to you with this letter.

[ ]   The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

[ ]   Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42. You will be notified if more material is available for release pending results from that consultation.

[ ]   Certain DEA files contain information that was furnished by another government agency or agencies. That information and a copy of your request have been referred for a decision as to access and the agency or agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.



[X] If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C. 20530

[X] For further information, see attached comments page.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537

Number of Pages Withheld:                  4

Number of Pages Released:                  98

Number of Pages Referred to another agency:    0

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [X] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [X] (b)(2) | [ ] (b)(6) | [X] (b)(7)(D) | [X] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [X] (b)(7)(F) | | |

## FREEDOM OF INFORMATION ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

## COMMENTS PAGE

As requested, attached are records pertaining to yourself and the Lab Analysis for Methamphetamine seized in DEA Investigative Case File M6-00-0103.

However, DEA's records do not contain fingerprint analysis. It is suggested that you contact the FBI for this information.

# Exhibit E

[Date] _____ MARCH 26 , 2003 _____

[Agency]    Drug Enforcement Administration
_____

[Address]   Department of Justice
_____

            Washington, D. C.    20537
_____


### FREEDOM OF INFORMATION REQUEST

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, and Privacy Act
of 1974, 5 U.S.C. 552(a), I am requesting access to all records in agency
files, including but not limited to copies of the following speciefied documents or
information, it includes all documents, reports, pictures, exhibits, memorandums, letters,
summaries, handwritten notes, recordings, and all other information concerning this subject
which is contained in your offices under the supervision and administration of the above-
stated agency or branch of government.
I am requesting this information as an incarcerated federal prisioner who
is engaging in post-conviction litigation.

As you know, the Act permits you to waive fees when the release of the
information is considered as "primarily benefiting the public." Access
to the courts, parole boards, and other forums, as of right, fits that
category and I therefore ask that you waive any fees.

If all or any part of this request is denied, please cite the specific
exemption[s] which you think justifies your refusal to release the
information, and inform me of the appeal procedures available to me.

I would appreciate your handling this request as quickly as possible, and
I look forward to hearing from you within 10 days, as the law stipulates.


_____        [Name--printed or typewritten]:
[Signature--do not print]
                                         _JOSE MIGUEL CHAVEZ-ARELLANO_
                                         Register Number 93054-079
                                         Federal Correctional Institution
                                         P. O. Box 9000
                                         Seagoville, Texas 75159-9000


        ***FORM DOJ-361 attached hereto.



## F R E E D O M   O F   I N F O R M A T I O N   R E Q U E S T

REQUESTOR: JOSE MIGUEL CHAVEZ-ARELLANO

REG. NO.: 93054-079

ADDRESS: FCI SEAGOVILLE

P.O. BOX 9000

SEAGOVILLE, TX 75159-9000

DATE OF BIRTH: JULY 5, 1974

PLACE OF BIRTH: MICHOACAN, MEXICO

CRIMINAL CASE NO.: 5-00-CR-00355

U.S. DISTRICT COURT: SOUTH TEXAS (LAREDO DIVISION)

DATE ARRESTED: MARCH 13,2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

DRUG ENFORCEMENT ADMINISTRATION
DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

MARCH 26, 2003

DEAR SIRS:

I hereby request that you furnish me within 10 days as provided by law (See 5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information:

Any and all fingerprints and/or fingerprint analysis regarding to my Criminal Case # 5-00-CR-00355, in the Southern District of Texas, (Laredo Division), DEA lab. file #M6000103, government exhibit number 3, (Specifically the fingerprints in the 5 bundles wrapped in brown tape containing brown powder substance.)

My request is not limited to the above. It includes all documents, reports, pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings, and all other information concerning this subject which is contained in your offices under the supervision and administration of the above-stated agency or branch of government.

My request is made pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 5 U.S.C. §§552, 552a. (A certificate of identity is enclosed)

Thank you,

_____

(signature of requestor)

U.S. Department of Justice                    **Certification of Identity**



...acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    JOSE MIGUEL CHAVEZ-ARELLANO (93054-079)

Current Address    (FCI) SEAGOVILLE, P.O. BOX 9000, SEAGOVILLE, TX 75159-9000

Date of Birth    JULY 5, 1974    *Signature Witnessed By: Carol Dianne Yates*

Place of Birth    MICHOACAN, MEXICO

...l Security Number [2]    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

CAROL DIANNE YATES
Notary Public
State of Texas
My Commission Expires
July 23, 2005

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]    _____    Date    MARCH 27, 2003

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95

# Exhibit F

RCH 27, 2003

# FREEDOM OF INFORMATION ACT APPEAL

TO:  CO-DIRECTOR

OFFICE OF INFORMATION AND PRIVACY

FLAG BUILDING, SUITE 570

WASHINGTON, D.C. 20530

OFFICE OF INFORMATION
AND PRIVACY

APR 0 4 2003

RECEIVED

PA
(A)
DEA
# 02-137

This is to appeal the denial of my request for information
pursuant to the Freedom of Information Act and Privacy Act,
5 U.S.C. §552 and §552(a).

On December 5, 2001 _____, I requested
documents in a letter ( a copy of which is attached hereto)
from U.S. Department of Justice, D.E.A., Washington, D.C. 20537.
I (a) received a letter, a copy of which is attached hereto,
denying my request for access to information described in
my original FOIA request, or;

(b) did not receive a response to my request, a "constructive
denial".

CIRCLE EITHER (a) or (b)

I trust that upon examination of these communications you
will conclude that the information I am seeking should be disclosed.

As provided for in the Act, I expect to receive a reply
within twenty (20) working days.

ATTACHMENTS:
check ones that apply
Original FOIA request
Certificate of Identity
Agency letter of Denial

Sincerely

X _____

JOSE MIGUEL CHAVEZ-ARELLANO
FULL NAME
REGISTER NUMBER 93054-079
P.O. Box 9000
SEAGOVILLE, TX 75159-9000

(other)

## GENERAL ARGUMENT

**1) RECORDS EXIST:** I have reliable reasons to believe that these records exist.

**2) FALSE INFORMATION AND CONSTITUTIONAL AND CIVIL RIGHTS VIOLATIONS:** I have reliable reasons to believe that "false information" is being "maintained in my system of records". I also have reason to believe that information contained in "agency's system of records" may show violations of my Constitutional and Civil rights. I have the right to review and correct that information, and per the FOIA, the right to its disclosure.

**3) ACCOUNTING OF DISCLOSURES:** I request a full and complete "accounting of disclosures" as made and received by your agency related to these records or any part thereof, including the date, nature and purpose of the disclosure and the name and address of the recipient/sender.

**4) RECORDS NOT IN YOUR POSSESSION:** For any records not now in your possession, please advise me if these records were once in your possession and where they are now, i.e. the Federal Records Center, the National Archives, with a contractor, with another agency, or in some other location. If the records are somewhere else, please advise me when and where they were moved.

**5) AGENCY FIELD OFFICES:** I request <u>all</u> records from all agency field offices.

**6) PRIVATE CITIZEN:** It should be noted that this is not a request for records on a third party private citizen.

**7) SEGREGABLE PORTIONS:** The act requires release of <u>all</u> segregable portions of documents that are not themselves exempt. Appellant requests that all segregable portions be released.

8) **AGE OF DOCUMENTS:** The age of the records renders them harmless and they should be released.

9) **ADEQUACY OF AGENCY'S SEARCH:** Please provide information related to the adequacy of agency's search for records.

10) **REQUEST FOR ALL RECORDS:** Appellant's FOIA request was a "request for all records related to me". "Record" includes "any information that would be an agency record subject to the requirements of this section when maintained by an agency in any format, including an electronic format". This, by definition, includes memos, telephone records, handwritten notes and all records in field offices. The maintaining of "FOIA files" and "private files" is a circumvention of the FOIA regulations.

11) **REQUEST PARALLELS FOIA'S BASIC PURPOSE:** The basic purpose of this request parallels the basic purpose of FOIA, in that it intends to open agency actions to scrutiny and contribute significantly to public understanding of the operations or activities of the government. In <u>Department of Justice v. Reporters Committee</u>, 103 L.Ed. 2d, 774, 795 (1989), the court stated:

"The basic purpose of the Freedom of Information Act is to open agency action to the light of public scrutiny." <u>Department of Air Force v. Rose</u>, 425 US, at 372, 48 L.Ed. 2d 11, 96 S.Ct. 1592.

The court in <u>NLRB v. Robbins</u>, 57 L.Ed. 2d, 159 179 (1978) stated:

The basic purpose of FOIA is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed.

12) **GENERAL PUBLIC VALUE:** The public interest must be factored in. these documents are in the public interest and should be disclosed to appellant.

13) **DISCRETIONARY DISCLOSURE:** Agencies are constrained

from making a discretionary FOIA disclosure of the types of information covered by exemptions 1, 3, 4 and 6. With those exections, agencies may make discretionary disclosures of any information that is exempt under FOIA. Such disclosures are most appropriate where the interest protected by the exemption in question is only a governmental interest of the agency compared to a private interest of an individual or commercial entity.

This falls under the act's primary objective of "maximum responsible disclosure". It can also significantly lessen an agency's burden at all levels of the administrative process and eliminates the possibility that the information in question will become the subject of protracted litigation. As Attorney General Janet Reno's FOIA Memorandum of October 4, 1993 stated:

> Accordingly, I strongly encourage all FOIA officers to make discretionary disclosures under the act.

14) ARBITRARY AND CAPRICIOUS BEHAVIOR: The Special Counsel of the Merit Systems Protection Board is authorized to investigate allegations of withhloding under FOIA, and this does not "require that an administrative or court decision be rendered" (1978 USCCAN).

15) VAUGHN INDEX: I once again request a complete list of agency records covered by this request (Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). Case law states that a Vaughn Index is equally applicable to administrative procedures Mead Data Central, Inc. v. Department of the Air Force, 402 F. Supp., 460 (D.D.C. 1974), remanded, 566 F.2d 242, 251 (D.C. Cir. 1977):

> We agree with Mead Data that the objective of the Vaughn requirements, to permit the requesting party to present its case effectively, is equally applicable to proceedings within the agency.

FREEDOM OF INFORMATION / PRIVACY ACT REQUEST

REQUESTOR JOSE M. CHAVEZ ARELLANO

REG. NO. 93054-079

ADDRESS P.O.BOX 9000, FORREST CITY,AR.72336

AGENCY REQUESTED FROM: U.S. DEPART. OF JUSTICE

DISTRICT COURT WESTERN DIST. OF TX. (LAREDO DIVISION)

DATE OF BIRTH 07/05/74

CASE NUMBER 5-00-CR-00355-002

Pursuant to the freedom of information Act,5 USC 552, and the privacy Act of 1974, 5 USC 552a, I hereby request copies of the following documents. If for any reason you chose not send me any of the documents or papers requested then please furnish me with a "Vaughn Index" as set forth in Vaughn v. Rosen, 484 F2d 820 (D.C.D.C. 1973).

I am requesting: File# M-6000103 DEA LAB ANALYSIS OF METHAMPHETAMINE AND FINGERPRINT ANALYSIS.

Please consider this as a first-party request under the FOIA, 5 USC 552, and as a Privacy Act request, 5 USC 552a also.

In the event tha  some of the material is considered by you to be exempt from disclosure under both Acts, then please include all segregable portions of documents and the specific exemption you are relying upon to deny disclosure of the excised portion. Please note that in order to avoid disclosure you must claim an appropriate exemption under both Acts.

I am requesting that you abide by the statutory time within which to make a determination on this request, that being twenty working days from your receipt under Section 552(a)(6)(A)(i).

I request a fee waiver or at least a fee reduction, however, in the event you deny this request for waiver I hereby agree to pay the fees for search and duplication while retaining my right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

I, Jose M. Chavez Arellano, hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

DATED _____

STATE OF ARKANSAS, COUNTY OF ST. FRANCIS.


BEFORE ME, A NOTARY PUBLIC, On this day personally appeared known to me to be the person whose name is subscribed above, being by me first duly sworn, declared that the information above is true and correct.

Given under my hand seal of office this 4th day of Dec. , 2001.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom of Information Act Request
FOIA/PA Mail Referral Unit
Justice Management Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW.
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X                                FEB 2 6 2002

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)   7099-3400-0014-4785-3686

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

(93054-079) M-A

UNIT ID: 0735

Postage  $ 0.34.34

Certified Fee  2.1810

Return Receipt Fee
(Endorsement Required)  1.50.50

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $ 3.98 4

Postmark Here

Clerk: K2T561

12/05/01

Recipient's Name (Please Print Clearly) (To be completed by mailer)
U.S. Department of Justice
Street, Apt. No.; or PO Box No.
950 Pennsylvania Ave., NW.
City, State, ZIP+4
Washington D.C. 20530-0001

PS Form 3800, February 2000        See Reverse for Instructions

7099 3400 0014 4785 3686

• Sender: Please print your name, address, and ZIP+4 in this box •

Jose M. Chavez Arellano
Federal Correctional
Institution                (93054-079) M-A
P.O. Box 9000
Forrest City, AR. 72336

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A signature upon delivery
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
- Certified Mail is NOT available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, February 2000 (Reverse)        102595-99-M-2087



U.S. Department of Justice

Drug Enforcement Administration

OCT 08 2002

Washington, D.C. 20537

Request Number:    02-1370-F

Subject of Request:    LAB ANALYSIS

FCI FORREST CITY
P.O. BOX 9000
FORREST CITY, AR 72336

DEAR JOSE M CHAVEZ-ARELLANO:

Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[ ] A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material. An attachment to this letter explains these exemptions in more detail.

[X] The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

[X] The documents are being forwarded to you with this letter.

[ ] The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

[ ] Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42. You will be notified if more material is available for release pending results from that consultation.

[ ] Certain DEA files contain information that was furnished by another government agency or agencies. That information and a copy of your request have been referred for a decision as to access and the agency or agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.



acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester ¹   JOSE MIGUEL CHAVEZ-ARELLANO (93054-079)

Current Address   (FCI) SEAGOVILLE, P.O. BOX 9000, SEAGOVILLE, TX 75159-9000

Date of Birth   JULY 5, 1974

*Signature Witnessed By: Carol Dianne Yates*

Place of Birth   MICHOACAN, MEXICO

Social Security Number ²   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

CAROL DIANNE YATES
Notary Public
State of Texas
My Commission Expires
July 1ˢᵗ, 2006

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature ³ _____

Date   MARCH 27, 2003

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

¹ Name of individual who is the subject of the record sought.
² Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
³ Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95

March 26, 2003

Co-Director
Office of Information and Privacy
FLAG Building, Suite 570
Washington, DC  20530

Re:     Request NO.: 02-1370-F

Dear Co-Director:

I am hereby appealing the denial of the whole information pertaining to the criminal investigation related to  my case No. 5-00-CR-00355, South District of Texas, Laredo Division.

I have reliable reasons to believe that the Lab analysis contains a description of the fingerprints found in the drugs seized by the D.E.A.  I request a full and complete "accounting of disclosures" as made and received by your agency related to these records or any part thereof.  I have the right to review and correct that information, and per the FOIA, the right to its disclosure.

Please forward the requested information to the address indicated below.

Sincerely,

Jose M. Chavez-Arellano
Reg. 93054-079
FCI Seagoville
PO Box 9000
Seagoville, TX 75159-9000

# Exhibit G

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642

Washington, D.C. 20530

Mr. Jose Miguel Chavez-Arellano
Register No. 93054-079
Post Office Box 9000
Seagoville, TX 75159-9000

Re:     DEA No. 02-1370-F

Dear Mr. Chavez-Arellano:

This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on April 4, 2003.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **03-1910**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Priscilla Jones
Administrative Specialist

DEA

# Exhibit H

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

JUL 1 4 2003

Mr. Jose Miguel Chavez-Arellano
Register No. 93054-079
Federal Correctional Institution      Re:  Appeal No. 03-1910
Post Office Box 9000                         Request No. 02-1370-F
Seagoville, TX  75159-9000                   RLH:CSH:FPM

Dear Mr. Chavez-Arellano:

     You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning you.

     After carefully considering your appeal, I have decided to
affirm the DEA's action on your request.

     The records you requested are exempt from the access provision
of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  _See_
28 C.F.R. § 16.98 (2002).  Because these records are not available to
you under the Privacy Act, your request has been reviewed under the
Freedom of Information Act in order to afford you the greatest
possible access to the records requested.

     The DEA properly withheld from you certain information that is
protected from disclosure under the FOIA pursuant to:

     5 U.S.C. § 552(b)(2), which concerns matters that are
     related solely to internal agency practices;

     5 U.S.C. § 552(b)(7)(C), which concerns records or
     information compiled for law enforcement purposes, the
     release of which could reasonably be expected to
     constitute an unwarranted invasion of the personal privacy
     of third parties; and

     5 U.S.C. § 552(b)(7)(F), which concerns records or
     information compiled for law enforcement purposes, the
     release of which could reasonably be expected to endanger
     the life or personal safety of an individual (in this
     instance, the names of DEA law enforcement personnel).

DEA

-2-

I have also determined that this information is not appropriate for discretionary release.

Furthermore, you appealed the DEA's failure to provide you with an accounting of the disclosures made of your records. Please be advised that pursuant to 28 C.F.R. § 16.98(a) and (b)(1) (2002), DEA files are exempt from the Privacy Act's provision for access to disclosure accountings, 5 U.S.C. § 552a(c)(3). Accordingly, your access rights are limited to those provided by the FOIA. However, accountings are likewise protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices.

In addition, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,


Richard L. Huff
Co-Director

# Exhibit I

[Date]_____ April 17, 2003

[Agency] DRUG ENFORCEMENT ADMINISTRATION

D:UG ENFORCEMENT ADM
[Address] SOUTH CENTRAL LABORATORY          SOUTH CENTRAL LAB

10150 E. TECHNOLOGY BLVD.          2003 APR 22 A 7 41

DALLAS, TEXAS 75220

## FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

Pursuant to the **FREEDOM OF INFORMATION ACT**, 5 U.S.C. 552, and **PRIVACY ACT OF 1974**, 5 U.S.C. 552(a), I am requesting "all records maintained within the agency's system of records" pertaining to the following:

**Any and all fingerprints and/or fingerprint analysis** regarding Criminal Case

#5-00-CR-00355 (Laredo Division), DEA lab. File #6000103, Government Exhibit No.

three (3), [5 bundles wrapped in brown wrapping tape containing brown powder.]
Attach a "Schedule A" if necessary)

1) **RECORDS EXIST:** I have reliable reasons to believe that these "records" exist.

2) **FALSE INFORMATION:** I have reliable reasons to believe that "false information is being "maintained in my system of records". Under the Privacy Act, I have the right to review and correct that information, and per the FOIA, the right to its disclosure.

3) **ACCOUNTING OF DISCLOSURES:** I request a full and complete "accounting of disclosures" as made and received by your agency related to these records or any part thereof, including the date, nature and purpose of the disclosure and the name and address of the recipient/sender.

4) **RECORDS NOT IN YOUR POSSESSION:** For any records not now in your possession, please advise me if these records were once in your possession and where they are now, i.e. the Federal Records Center, the National Archives, with a contractor, with another agency, or in some other location. If the records are somewhere else, please advise me when and where they were moved.

5) **AGENCY FIELD OFFICES:** I request that you forward a copy of this request to any appropriate agency field offices and obtain a copy of any records which they might now hold.

6) **VAUGHN INDEX:** I request a complete list of agency records covered by this request (<u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). Case law states that a Vaughn Index is equally applicable to administrative procedures, <u>Mead Data Central, Inc. v. Department of the Air Force</u>, 402 F. Supp., 460 (D.D.C. 1974), remanded, 566 F.2d 242 (D.C. Cir. 1977).

7) **DISCRETIONARY DISCLOSURES:** Discretionary disclosures are encouraged under the FOIA (see Janet Reno's FOI Memorandum of October 4, 1993), particularly where the interest protected is "only a governmental interest" compared to a private interest. This falls under the act's primary objective of "maximum responsible disclosure".

8) **SEGREGABLE RECORDS:** The act requires release of all "reasonably segregable" records which are not themselves exempt.

9) **PUBLIC INTEREST:** The public interest in the disclosure of these records outweighs any privacy interest. The basic purpose of FOIA is to open agency action to public scrutiny in order to ensure an informed citizenry.

10) **EXPEDITED REQUEST:** I would like my request expedited in accordance with <u>Open America v. Watergate</u>, 547 F.2d 605 (1976).

11) **ARBITRARY AND CAPRICIOUS WITHHOLDING:** The Special Counsel of the Merit Systems Protection Board has the authority to conduct an investigation of any allegations concerning "arbitrary and capricious" withholding and/or disclosure of information under the FOIA/PA.

12) **APPEAL RIGHTS:** I am aware of my administrative rights.

13) **REQUEST FOR FEE WAIVER:** I request a <u>fee waiver</u> under FOIA policy guidelines. Disclosure of this information "is in the public interest because it is likely to contribute significantly to public understanding of the operation of activities of the Government". However, should my fee waiver request be denied, I am prepared to pay the fee while reserving my appeal rights.

14) **STATUTORY REPLY:** I would appreciate a reply within the statutory time period of 20 business days.

Sincerely,

Jose Miguel Chavez-Arellano

FULL NAME                              SIGNATURE
Register No.93054-079
P.O. Box 9000
Seagoville, TX 75159-9000              **A CERTIFICATE OF IDENTITY IS ENCLOSED**

cc. **File**



U.S. Department of Justice
**Certification of Identity**



...acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   JOSE MIGUEL CHAVEZ-ARELLANO (93054-079)

Current Address   (FCI) SEAGOVILLE, P.O. BOX 9000, SEAGOVILLE, TX 75159-9000

Date of Birth   JULY 5, 1974       *Signature Witnessed By:* Carol Dianne Yates

Place of Birth   MICHOACAN, MEXICO

CAROL DIANNE YATES
Notary Public
State of Texas
My Commission Expires
July 23, 2005

...l Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____   Date   MARCH 27, 2003

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95

# Exhibit J



**U. S. Department of Justice**

Drug Enforcement Administration

MAY ˙ 9 2003

Washington, D.C. 20537

Jose M. Chavez-Arellano
Reg. No. 93054-079
FCI Seagoville
P.O. Box 9000
Seagoville, Texas 75159

RE: 03-1078-P

Dear Mr. Chavez-Arellano:

This is in response to your letter to the Drug Enforcement Administration (DEA) dated April 17, 2003, seeking a fee waiver with regards to your request for fingerprints and/or fingerprint analysis regarding Criminal Case #5-00-CR-00355, DEA Lab File #6000103.

The Freedom of Information (FOI/Records Management Section, Operations Unit has denied your request for a fee waiver and reductions of fees as the propounded rationale fails to meet the requirement of 28 C.F.R. § 16.11(k). Among the factors considered, DEA determined that the requested information is not likely to *contribute significantly* to public understanding of the operations or activities of the government as required for a fee waiver by the 5 U.S.C. 552(a)(4)(iv).

If you wish to appeal the fee waiver denial, you may do so within 60 days pursuant to 28 C.F.R. § 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> U.S. Department of Justice
> FLAG Building, Room 570
> Washington, D.C. 20530

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# Exhibit K

JOSE M. CHAVEZ
REG. NO. 93054-079
FCI SEAGOVILLE
P.O. BOX 9000
SEAGOVILLE, TEXAS 75159

MAY 27, 2003

KATHERINE L. MYRICK
CHIEF, OPERATIONS UNIT
FOI/RECORDS MANAGEMENT SECTION
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

RE: <u>03-1078-P</u>

Dear Ms. Myrick;

This is in response to your letter dated May 19, 2003 in which the Freedom of Information (FOI/Records Management Section, Operation Unit has denied my request for a fee waiver.

Please find enclosed a copy of my Freedom of Information/ Privacy act request. I would like to direct your attention to paragraph 13 of such request in which states: "<u>However, should my fee waiver request be denied, I am prepared to pay the fee</u>..."

I am hereby confirming that I am ready and willing to pay search fee and/or copying costs, also I am requesting that you advise me as to how many copies the fingerprint analysis has, also how much the cost is for all.

One last word, I request a complete list of agency records covered by this request [VAUGHN INDEX] (Vaughn v. Rosen, 484 F. 2d. 820 (D.C. Cir. 1973) Cert. denied, 415 U.S. 977 (1974).

Thank you in advance of this matter.

Sincerely,

By; _____

Jose M. Chavez A./
Requester



**U. S. Department of Justice**
Drug Enforcement Administration

MAR 1 2003

Washington, D.C. 20537

Jose M. Chavez-Arellano
Reg. No. 93054-079
FCI Seagoville
P.O. Box 9000
Seagoville, Texas 75159

RE: 03-1078-P

Dear Mr. Chavez-Arellano:

This is in response to your letter to the Drug Enforcement Administration (DEA) dated April 17, 2003, seeking a fee waiver with regards to your request for fingerprints and/or fingerprint analysis regarding Criminal Case #5-00-CR-00355, DEA Lab File #6000103.

The Freedom of Information (FOI/Records Management Section, Operations Unit has denied your request for a fee waiver and reductions of fees as the propounded rationale fails to meet the requirement of 28 C.F.R. § 16.11(k). Among the factors considered, DEA determined that the requested information is not likely to *contribute significantly* to public understanding of the operations or activities of the government as required for a fee waiver by the 5 U.S.C. 552(a)(4)(iv).

If you wish to appeal the fee waiver denial, you may do so within 60 days pursuant to 28 C.F.R. § 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> U.S. Department of Justice
> FLAG Building, Room 570
> Washington, D.C. 20530

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# Exhibit L



**U. S. Department of Justice**

Drug Enforcement Administration

Freedom of Information Section

Washington, D.C. 20537

---

*www.dea.gov*                                    July 9, 2003

Jose Miguel Chavez-Arellano
Reg. No. 93054-079
P.O. Box 9000
Seagoville, Texas 75159-9000

Request No.:  03-1078-F

Subject of Request:    FINGERPRINTS/FINGERPRINT ANALYSIS

Dear Mr. Chavez-Arellano:

This is in response to your recent correspondence dated April 17, 2003, to the Drug Enforcement Administration (DEA) South Central Laboratory, seeking information on the above subject. Your request was forwarded to this office for action.

We were unable to locate any responsive documents using the criminal case number you provided as the DEA system of records are not indexed in that method. DEA records can be searched and retrieved using DEA investigative file numbers. In addition, the DEA lab file number you provided was queried and produced negative results as it also is not a DEA file number.

We regret that our response could not have been more favorable. If you wish to appeal this response, you must do so within sixty (60) days pursuant to 28 C.F.R. § 16.9. The appeal should be directed to the following address with the envelope marked "FOIA/PA APPEAL".

Co-Director
Office of Information and Privacy
FLAG Building, Suite 570
Washington, D.C. 20530

Sincerely,

Katherine Myrick

Katherine L. Myrick, Chief
Freedom of Information Section

# Exhibit M

# FREEDOM OF INFORMATION REQUEST

REQUESTOR: Jose Miguel Chavez-Arellano     DATE OF BIRTH: July 5, 1974

REG. NO.: 93054-079     PLACE OF BIRTH: México

ADDRESS: FCI Seagoville     CRIMINAL CASE NO.: 5:00-CR-00355

         P.O. Box 9000     U.S. DISTRICT COURT: Texas (Laredo Division)

         Seagoville, TX 75159-9000     DATE ARRESTED: March 13, 2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

         DRUG ENFORCEMENT ADMINISTRATION
         Laredo Resident Office
         P.O. Drawer 2307                  January 7, 2004
         Laredo, TX 78041

DEAR SIRS:

     I hereby request that you furnish me within 10 days as provided by law (See 5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information: Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency files. I also request that you search other branches and officess for the requested records and most important any and all fingerprint analysis and/or fingerprint records in your agency files. --------------------------------------------------------
//

//

//

     My request is not limited to the above.  It includes all documents, reports, pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings, and all other information concerning this subject which is contained in your offices under the supervision and administration of the above-stated agency or branch of government.

     My request is made pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a certificate of identity is attached) I am willint to pay for any accessible search and copying fees.
Thank you,

(signature of requestor)



...acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] Jose Miguel Chavez Arellano (93054-079)

Current Address FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth   July 5, 1974

Place of Birth   Mexico

...l Security Number [2] 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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____   Date January 7, 2004

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
   Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95



U.S. Department of Justice

**CHAVEZ-ARRELLANO**
JOSE                    MIGUEL



## F R E E D O M   O F   I N F O R M A T I O N   R E Q U E S T

REQUESTOR: Jose Miguel Chavez-Arellano    DATE OF BIRTH: July 5, 1974

REG. NO.: 93054-079    PLACE OF BIRTH: Mexico

ADDRESS: FCI Seagoville    CRIMINAL CASE NO.: 5:00-CR-00355

P.O. Box 9000    U.S. DISTRICT COURT: Texas (Laredo Division)

Seagoville, TX 75159-9000    DATE ARRESTED: March 13, 2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

DRUG ENFORCEMENT ADMINISTRATION
Washington, D.C. Division
Fifth floor, 801 1 Street    January 7, 2004
Washington, D.C. 20001

DEAR SIRS:

I hereby request that you furnish me within 10 days as provided by law (See
5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information:
   Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency
files. I also request that you search other branches and offices for the requested
records. --------------------------------------------------------------------------
   //

   //

   //

   //
My request is not limited to the above.  It includes all documents, reports,
pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings,
and all other information concerning this subject which is contained in your offices
under the supervision and administration of the above-stated agency or branch of
government.

   My request is made pursuant to the provisions of the Freedom of Information
and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a certificate of identity is attached)
I am willing to pay for any accessible search and copying fees.
Thank you,

(signature of requestor)

 
...acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Jose Miguel Chavez Arellano (93054-079)

Current Address  FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth  July 5, 1974

Place of Birth  Mexico

...l Security Number [2]  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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____  Date  January 7, 2004

## Optional:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining you.
  Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95



# Exhibit N

## FREEDOM OF INFORMATION / PRIVACY ACT REQUEST

**REQUESTOR:** Jose Miguel Chavez Arellano    **DATE OF BIRTH:** July 5, 1974

**REG. NO.:** 93054-079        **PLACE OF BIRTH:** Mexico

**ADDRESS:** FCI Seagoville        **CRIMINAL CASE NO.:** 5:00-CR-00355

       P.O. Box 9000        **U.S. DISTRICT COURT:** Texas(Laredo Division)

       Seagoville, TX 75159-9000        **DATE ARRESTED:** March 13, 2000

**BRANCH OR AGENCY FROM WHICH REQUESTED:**

       DRUG ENFORCEMENT ADMINISTRATION
       Freedom of Information/Privacy Act Unit
       700 Army Navy Drive
       Department of Justice        January 10, 2004
       Arlington, VA 22202

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, and Privacy Act of 1974, 5 U.S.C. 5522 (a), I am requesting "all records maintanied within the agency's system of records" (for a definition of a "record", see # 10 of the request.) Pertaining to the following.

Each and every record maintained in the agency's system of records related to the requester, including a Vaughn Index of each and every record in my files, also including but not limited to **EXHIBIT "A"** attached hereto and made part of these requests hereof.

The following schedules are enclosed;

       A- Certificate of Identity, U.S. Department of Justice Form DOJ-361
       B- A copy of my ID card with my Register Number.

In this FOIA/PA request, the requester has agreed to pay for copying costs, but has requested a fee waiver and reserves the right to appeal the fee waiver if it is denied.

11



REQUESTER ASKS FOR THIS REQUEST TO BE EXPEDITED UNDER "DUE PROCESS VIOLATIONS" (DOJ: 28CFR §16.5(d)(1)(iii) 1999 edition), OR ITS CORRESPONDING PARALLEL FOR NON-DOJ AGENCIES. "EXPEDITED PROCESSING (1) REQUESTERS AND APPEALS WILL BE TAKEN OUT OF ORDER AND GIVEN EXPEDITED TREATMENT WHENEVER IT IS DETERMINED THAT THEY INVOLVE: (iii) THE LOSS OF SUBSTANTIAL DUE PROCESS RIGHTS....."

**PLEASE CONSIDER THIS LETTER PLUS ACCOMPANYING ISSUES AND REQUESTS INCLUDING EXHIBIT "A" AS NOTICE UNDER BAD FAITH AND AS ADMINISTRA-TIVE NOTICE.**

Any due process violations impact the very heart of my due process rights according to Law. I have the right to review and correct those records and remove any illegally derived and/or improper, and/or incorrect information contained therein.

In order to expedite this request, I am forwarding a copy of this letter with the attached EXHIBIT "A" to your agency headquarters in Washington, D.C. Thank you in advance for your cooperation in providing this information to me.

Respectfully Yours,

CC : Personal File.

CERTIFIED MAIL NUMBER:_____

## FREEDOM OF INFORMATION / PRIVACY ACT REQUEST

## ISSUES

1. **Records Exist** : I have reliable reasons to believe that these records exist.

2. **False Information and Constitutional and Civil Rights Violations** : I have reliable reasons to believe that "false information is being maintained in my system of records." I also have reason to believe that information contained in "agency's system of records" may show violations of my Constitutional and Civil Rights. I have the right to review the records under the FOIA/PA and the right to its correction.

3. **Accounting of Disclosures** : I request a full and complete "accounting of disclosures" as made and received by your agency related to those records or any part thereof, including the date, nature and purpose of the disclosure,and the name and address of the recipient/sender.

4. **Records not in your Possession** : For any records not in your possession, please advise me if those records were once in your possession and where they are now. If the records are somewhere else, please advise me when and where they were moved.

5. **Agency Field Offices** : These records are believed to be maintained in the field office(s) of your agency, but I hereby request **ALL** records from **ALL** agency field offices and that you conduct a search of **ALL** agency field offices including headquarters in Washington, D.C., using locator indexes if necessary, to obtain those records.

6. **Private Citizen** : It should be noted that this is not a request for records on a third party private citizen. ,

7. **Segregable    Portions** : The Act requires release of all segregable portions of documents that are not themselves exempt. I request that all segregable    portions be released.

8. **Age of Documents** : The age of the records renders them harmless and they should be released/disclosed.

9.  **Adequacy of Agency's Search** : Please provide me detailed information related to the adequacy of the agency's search for records.

10. **Request for All Records** :  I request each and every record in agency files related to this request. "Record" includes "any information that would be an agency record subject to the requirements of this section when maintained by an agency in any format, including an electronic format." This would, by definition, include documents; reports; memoranda; letters; electronic files; database references; "do not file" files, "P&C" files, "O&C" files, audio tapes and video tapes; electronic (ELSUR) or photograph surveillance; "June Mail"; mail covers; trash covers; miscellaneous files; telephone records; hand written notes; and index citations relating to this request or referencing this request ("see also") in other files.  The maintaining of "FOIA files" and "private files" is a circumvention of the FOIA regulations.

11. **Request Parallels  FOIA'S Basic Purpose** : The basic purpose of this request parallels the basic purpose of FOIA, in that it intends to open agency actions to public scrutiny and contribute significantly to public understanding of the operations or activities of the Government,

    In Department of Justice v. Reporters Committee, 489 US 749,772, the Court stated :   "The basic purpose of the Freedom of Information Act is to open agency action to the light of public scrutiny." Department of Air Force v. Rose, 425 US at 372.

    The Court in NLRB v. Robbins, 437 US 214, 242 (1978) stated :
            "The basic purpose of FOIA is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the  governors accountable to the governed."

12. **General Public Value** : The public interest must be factored in. Those documents are in the public interest and should be disclosed, since disclosure outweighs any privacy interest (see # 11 above).



13. **Discretionary Disclosure** :  Agencies may make discretionary disclosures of any information that is exempt under FOIA. Such disclosures are most appropriate where the interest protected by the exemption in question is only a governmental interest of the agency compared to a private interest of an individual or commercial entity.

This falls under the Act's primary objective of "maximum responsible disclosure." It can also significantly lessen an agency's burden at all levels of the administrative process and eliminates the possibility that the information in question will be the subject of protracted litigation. Attorney General Janet Reno's FOIA memorandum of 1993  stated that she <u>strongly encouraged all FOIA officers to make discretionary disclosures under the Act</u>.

14. **Arbitrary and Capricious Behavior**  :  The Special Counsel of the Merit Systems Protection Board is authorized to investigate allegations of withholding under FOIA, and this "does not require that an administrative or court decision be rendered" (1978 USCCAN).

As updated in Janet Reno's September 3, 1999 memorandum to Heads of Departments and Agencies :  "In short, information should be withheld from a FOIA requester only when it is not possible for an agency to disclose it as a matter of administrative discretion".

15. <u>**Vaughn Index**</u> :  I once again request a complete list of agency records covered by this request (<u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 US 977 (1974)), or its functional equivalent. Case law states that a <u>Vaughn Index</u> is equally applicable to administrative procedures. <u>Mead Data Inc. v. Department of Air Force</u>, 402 F.Supp., 460 (D.D.C. 1974), <u>remanded</u>, 566 F.2d 242,251 (D.C.Cir. 1977)  :

"We agree with <u>Mead Data</u> that the objective of the <u>Vaughn</u> requirements, to permit the requesting party to present its case effectively, is equally applicable to proceedings within the agency."

How else can a requester properly narrow his request ? Also see 28 CFR 126.6(c),

"Adverse Determinations" ; or its equivalent.

16. **Fee Waiver** : I request a fee waiver on the records asked for. This is a Privacy Act request and I am an individual requester. I also ask for a fee waiver under the FOIA, because :

    a) there is genuine public interest in the subject matter of the request ;

    b) the responsive records are informative on the issues of public interest;

    c) the requested information is not already in the public domain ;

    d) I have the qualifications and ability to disseminate the information and have access to large databases ; and

    e) the benefit to the public is outweighed by any commercial or personal benefit to the requester. However, should my fee waiver request be denied, I am prepared to pay the fee while preserving my appeal rights.

17. **Appeal Rights** : I am aware of my administrative appeal rights.

18. **Statutory Reply** : I would appreciate a reply within the statutory time period of 20 business days.

19. In short, as stated in President William J. Clinton's October 4, 1993 memorandum for heads of Departments and Agencies : "....the more the American people know about their government the better they will be governed. Openness in government is essential to accountability and the Act has became (sic) an integral part of the process. ....The existence of unnecessary bureaucratic hurdles has no place in its implementation."

20. If you do not have records related to any specific portions of this request, please state so in your response and respond directly to each item mentioned.

21. **Expedited Request** : I would like this request expedited in accordance with Open America v. Watergate, 547 F.2d 605/1976, and 28 CFR §16.5(d)(1)(iii)(1999 Edition), due process violations, or its equivalent.

22. **Finally** : I request that all correspondence your agency maintains with me have the following caption clearly marked on the outside of the envelope :

LEGAL MAIL TO BE OPENED

IN PRESENCE OF INMATE ONLY

E X H I B I T

" A "

Any and all fingerprint analysis or/and fingerprint records in your agency files. I also request that you search other branches and offices for the requested records.

DEA LAB:

File No.; M6-00-0103.

Exhibits No.; 1,2, and 3.

Lab. No.; 138566, 138567, and 138568.

Note; I am willing to pay for any accessible search and copying fees.

//

//

//



# Exhibit O



**U.S. Department of Justice**

**Drug Enforcement Administration**

FEB ~ ~ ~~~~

*Washington, D.C. 20537*

| | |
|---|---|
| *Request Number:* | 03-1078-F |
| *Previous DEA Request Number(s):* | 02-1370-F |

Jose M. Chavez-Arellano #93054-079
FcI Seagoville
P.O. Box 9000
Seagoville, TX 75159

Dear Jose M. Chavez-Arellano:

  This letter is in response to your request for documents from the Drug Enforcement Administration (DEA). A request from you has been processed previously under the above referenced DEA request number. No further information other than that previously sent is available to you.

  Also, in order to receive information on fingerprint and analysis or fingerprint records, you must contact the Federal Bureau of Investigation (FBI) directly.

  Therefore, no further action will be taken regarding this request, and it will be administratively closed.

    Sincerely,

    Katherine L. Myrick

    Katherine L. Myrick
    Chief, Operations Unit
    FOI/Records Management Section

# Exhibit P



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

JUL    6  2004

To:_____**Drug Enforcement Administration**_____

Requester:___**Jose Miguel Chavez-Arellano**_____Requester Number:___**04-150**_____

Subject of Request:_____**Self**_____

Dear FOIA/PA Contact Person:

　　　The enclosed Freedom of Information Act/Privacy Act request was received by this office. The paragraphs checked below apply:

1.　　[ ]　　As your office may have records responsive to this request, we are referring it to you for a direct response to the requester.

2.　　**[ X ]**　　**While processing this request, we located the enclosed records which originated in your office. These records were found in the U.S. Attorney's Office files and may or may not be responsive to the request. We are referring ____1_____ page(s) of material and a copy of the request to you for a direct response to the requester.**

3.　　[ ]　　**This office is also providing _____ page(s) of documents under a cover page titled "Background Information". The attached records are provided to your agency to assist in processing your records. These are not part of the referred records and should be kept as administrative records in this referral.**

　　　　A copy of our final determination letter is also enclosed for your reference. Please note we have charged the requester $ ____for search/duplication costs incurred in the processing of this request.

　　　　We have notified the requester of this referral.

　　　　If you have any questions about this matter, please contact the FOIA/PA processor named below.

Sincerely,

Marie A. O'Rourke
Assistant Director

Name:___Debbie Melvin___
Phone:___202-616-0790___
Enclosure(s)

Form No. 007 - 11/03

## FREEDOM OF INFORMATION REQUEST

REQUESTOR: Jose Miguel Chavez-Arellano

REG. NO.: 93054-079

ADDRESS: FCI Seagoville

P.O. Box 9000

Seagoville, TX 75159-9000

DATE OF BIRTH: July 5, 1974

PLACE OF BIRTH: Mexico

CRIMINAL CASE NO.: 5:00-CR-00355

U.S. DISTRICT COURT: Texas (Laredo Division)

DATE ARRESTED: March 13, 2000

BRANCH OR AGENCY FROM WHICH REQUESTED:

EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS
Main Justice Building                           January 7, 2004
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

DEAR SIRS:

I hereby request that you furnish me within 10 days as provided by law (See 5 U.S.C. §552(a)(6)(A)), copies of the following specified documents or information:

Each and every record related to requestor, Jose Miguel Chavez-Arellano in agency files. I also request that you search other branches and offices for the requested records, specially in the southern District of Texas, Laredo Division. ------------

//

//

//

//
My request is not limited to the above. It includes all documents, reports, pictures, exhibits, memorandums, letters, summaries, handwritten notes, recordings, and all other information concerning this subject which is contained in your offices under the supervision and administration of the above-stated agency or branch-of government.

My request is made pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 5 U.S.C. §§552, 552a. (a cerificate of identity is enclosed) I am willing to pay for any accessible search and copying fees.
Thank you,

_____
(signature of requestor)

...acy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] Jose Miguel Chavez-Arellano   (93054-079)

Current Address  FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth  July 5, 1974

Place of Birth  Mexico

...l Security Number [2] 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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____   Date January 7, 2004

## Optional:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
   Signature of individual who is the subject of the record sought.



**Jose M. Chavez**

=================================================================================

Reg. No. 93054-079 / FCI Seagoville / P.O. Box 9000 / Seagoville, TX 75159-9000

04 FEB 26  P.1 3:32

Executive Office for U.S. Attorneys
Marie A. O'Rourke, Assistant Dir.
Freedom of Information/Privacy Act Unit
600 E. Street, N.W., Room 7300                    February 19, 2004
Washington, D.C. 20530


RE: Request No. 04-150 $\frac{010}{(1)}$


Dear Ms. O'Rourke,

This is in response to your letter dated February 5th, 2004, in which you said my Freedom Information request will be placed in the order in which was received. (See attached letter)

I just want to make clear or to explain that my request was <u>not</u> a "Project Request", it was limited to <u>Exhibit A</u>;

1) <u>Any and all fingerprint analysis and/or fingerprint records in case No. 5:00-CR-00355 within your agency files.</u>

2) <u>I also request that you search other branches and/or offices for the requested records.</u>

3) <u>Another Vaughn Index of each and every records in my files.</u>


Once again, I am willing to pay for any accessible search and copying fees. Moreover, I would appreciate your efforts to process my request within a month (20 working days.)

I wish you best and thank you in advance for your cooperation in providing this information to me.

Sincerely,

Jose M. Chavez

c.c. Personal File.



**Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Requester:___**Jose Miguel-Chavez-Arellano**_____Request Number:_____**04-150**_____

Subject of Request:__**Self**_____

Dear Requester:

Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 C.F.R. §16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you.

This letter is a [ X ] partial [     ] full denial.

Enclosed please find:

___8___ page(s) are being released in full (RIF);
___1___ page(s) are being released in part (RIP);
___1___ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

**Please be advised that the fingerprint records, and Lab No. 138566, 138567, and 138568 are not located in our offices or the Southern District of Texas, these records may have originated with the Drug Enforcement Administration, therefore, you may want to make a request to the Drug Enforcement Administration. The address is Drug Enforcement Administration, Freedom of Information Unit, 700 Army Navy Drive, Arlington, VA 22202.**

(Page 1 of 3)

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

Section 552                                                      Section 552a

[   ] (b)(1)        [   ] (b)(4)        [   ] (b)(7)(B)          [ X ] (j)(2)
[   ] (b)(2)        [ X ] (b)(5)        [ X ] (b)(7)(C)          [   ] (k)(2)
[   ] (b)(3)        [   ] (b)(6)        [   ] (b)(7)(D)          [   ] (k)(5)
_____        [   ] (b)(7)(A)     [   ] (b)(7)(E)          [   ] _____
_____                            [   ] (b)(7)(F)

   [   ] In addition, this office is withholding grand jury material which is retained in the District.

   **You requested a <u>Vaughn</u> Index. The law is well-settled that the FOIA does not require government agencies to produce a <u>Vaughn</u> Index at the processing and appeal stages of a FOIA request. <u>See</u> <u>Schwarz v. United States Dep't of Treasury</u>, 131 F. Supp. 2d 142, 147 (D.D.C. 2000); <u>Edmond v. United States Attorney</u>, 959 F. Supp. 1, 5 (D.D.C. 1997)." Further, only a federal court may order the government to produce a <u>Vaughn</u> Index.**

[ X ]    A review of the material revealed:

   [ X ] __1_____ page(s) originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you: __<u>Drug Enforcement Administration</u>_____

   [ X ]    There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

   [ X ]    See additional information attached.

   This is the final action this office will take concerning your request.

   You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

(Page 2 of 3)

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)

(Page 3 of 3)
Form No. 021 - no fee - 2/04

# Exhibit Q



**U.S. Department of Justice**

**Drug Enforcement Administration**

_Washington, D.C. 20537_

August 5 2004

| | |
|---|---|
| Request Number: | 04-1588-P |
| Subject of Request: | CHAVEZ-ARELLANO, JOSE M. |
| Referred to DEA by: | EOUSA |

FCI SEAGOVILLE
2113 NORTH HIGHWAY 175
SEAGOVILLE, TX 75159

DEAR JOSE MIGUEL CHAVEZ-ARELLANO:

In response to your request for documents from the above agency, the Drug Enforcement Administration (DEA) has been asked to review certain materials which originated within DEA. In order to expedite all requests, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of chargeable fees, and payment will be required prior to release of any records. If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# Exhibit R



**U.S. Department of Justice**

**Drug Enforcement Administration**

AUG 2 4 2004

*Washington, D.C. 20537*

| | | | |
|---|---|---|---|
| *Request Number:* | 04-1588-P | *Subject of Request:* | CHAVEZ-ARELLANO, JOSE M. |
| | | *Referred to DEA by:* | EOUSA |

Jose M. Chavez-Arellano
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159-9000

Dear Jose M. Chavez-Arellano:

     The Drug Enforcement Administration (DEA) has completed its review of the referred DEA documents pursuant to your Freedom of Information/Privacy Act request to the above agency.

     The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552 and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

     The document is being forwarded to you with this letter.

     If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

        Co-Director
        Office of Information and Privacy
        FLAG Building, Suite 570
        Washington, D.C. 20530

                Sincerely,

                Katherine L. Myrick
                Chief, Operations Unit
                FOI/Records Management

Number of Pages Withheld:                               0

Number of Pages Released:                               1

Number of Pages Referred to another agency:            0

Applicable sections of the Freedom of Information and/or Privacy Act:

| **Freedom of Information Act**<br>**5 U.S.C. 552** | | | **Privacy Act**<br>**5 U.S.C. 552a** | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [X] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [ ] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) | [X] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [X] (b)(7)(F) | | |

## FREEDOM OF INFORMATION ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.


## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

# Exhibit S

04-2021

PA
A
DCA

Jose M. Chavez (93054-079)
P.O. Box 9000/Seagovelle, Texas 75159

September 4, 2004.

**Office of Information and Privacy**
United States Department of Justice
    Flag Building, Suite 570
    Washington, D.C. 20530

RE:FOIA/PA "Appeal" Request No. :04-1588-P.

On August 24, 2004, Petitioner received a letter stating; "The Drug Enforcement Administration (DEA) has completed its review of the referred DEA documents pursuant to your Freedom of Information/Privacy Act request to the above agency."

Also, on August 24, 2004, Petitioner received only One (1) page of information. Obviously, it was not "each and every record related to requestor", as requested previously be Petitioner.

In addition, Petitioner has reliable information to believe that the (DEA) contains more records related to Petitioner's criminal case. Consequently, **Petitioner hareby is appealing the denial of his request.** Petitioner has been prejudiced for the (DEA) bad faith denial, since the failure to disclose these records preclude Petitioner to pursue a fair post-conviction relief, violating Petitioner's Fifth Amendment, right to due process, the fundamental right to be free, the right to prove his innocence and the right to fairly pursue any post-conviction remedy. Since Petitioner is collaterally attacking his conviction the withholding of Petitioner's records would result in a miscarriage of justice.

For the facts and arguments hereinbefore presented, Petitioner respectfully request that this Honorable Office of Information and Privacy, direct an order to the Drug Enforcement administration at Washington D.C. to forward, as soon as possible, any and each Petitioner's case records within DEA's possession. In the interes of justice.

Respectfully submitted,

Jose M. Chavez
Reg. No. 93054-079

OFFICE OF INFORMATION
AND PRIVACY

SEP 2 2 2004

# RECEIVED

# Exhibit T



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                _Washington, D.C. 20530_

**OCT 26 2004**

Mr. Jose M. Chavez                    _A - 013 - 2005_
Register No. 93054-079
Federal Correctional Institution
Post Office Box 9000
Seagoville, TX  75159-9000

     Re:  Request No. 04-1588-P

Dear Mr. Chavez:

     This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on September 22, 2004.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **04-2821**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                Sincerely,

                Priscilla Jones
                Administrative Specialist

APPEALS SHELF
04-1588-P
JOSE MIGUEL CHAVEZ-ARELLANO
A-013-2005 / 04-2821 / 11-02-2004
EUNICE EVERETT



# Exhibit U

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**DEC 16 2004**

Mr. Jose M. Chavez
Register No. 93054-079
Federal Correctional Institution      Re:  Appeal No. 04-2821
Post Office Box 9000                        Request No. 04-1588-P
Seagoville, TX  75159-9000                  RLH:JHA

Dear Mr. Chavez:

    You appealed from the action of the Drug Enforcement
Administration on a document referred to it by the Executive Office
for United States Attorneys in response to your request for access to
records concerning you.

    After carefully considering your appeal, I have decided to
affirm the DEA's action on the one page referred to it by the EOUSA.

    This record is exempt from the access provision of the Privacy
Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See 28 C.F.R.
§ 16.98(a)(2004).  Because this record is not available to you
under the Privacy Act, it has been reviewed under the Freedom of
Information Act in order to afford you the greatest possible access
to the information you requested.

    The DEA properly withheld certain information that is protected
from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(7)(C), which concerns records or
    information compiled for law enforcement purposes, the
    release of which could reasonably be expected to
    constitute an unwarranted invasion of the personal privacy
    of third parties; and

    5 U.S.C. § 552(b)(7)(F), which concerns records or
    information compiled for law enforcement purposes, the
    release of which could reasonably be expected to endanger
    the life or personal safety of an individual.

I have determined that this information is not appropriate for
discretionary release.

    The DEA's action was taken on the only record referred to it by
the EOUSA.  If you would like the DEA to conduct a search of its
files for other records concerning you, you must make a separate
request directly to the DEA.

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,


Richard L. Huff
Co-Director

# Exhibit V



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

*www.dea.gov*

Mr. Jose M. Chavez-Arellano
#93054-079
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159

Re: *Jose M. Chavez-Arellano v. United States Department of Justice*, et al. CA 05-2503
     DEA FOIA Request No. 03-1078-F

Dear Mr. Chavez-Arellano:

    Enclosed please find portions of 16 pages and 23 pages in their entirety that are responsive to your Freedom of Information Privacy Act (FOIA/PA) requests dated January 7, 2004, and January 10, 2004, to the Drug Enforcement Administration (DEA). Two pages are withheld in their entirety. Information is withheld pursuant to FOIA exemptions (b)(2), (b)(7)(C), (b)(7)(D), and (b)(7)(F), and PA exemption (j)(2).

    During the litigation review of your request, it was concluded that your request could be construed as requesting record that reasonably would be located in the DEA Laredo District Office and/or Houston Field Division. The offices were contacted and 41 pages of responsive information were located in and obtained from the Laredo field office. The Houston Field Division had no additional information.

                   Sincerely,

                   William C. Little, Jr.
                   Senior Attorney
                   Administrative Law Section