# Exhibit W

PAGE ITEMIZATION

PAGE NUMBER:    1
DOCUMENT TYPE:  DEFENDANT DISPOSITION REPORT (DEA 210)

DATE: FEBRUARY 8, 2001

( X ) RELEASED
(   ) WITHHELD

TO:     CRIMINAL INVESTIGATIVE FILE

FROM:   DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 5 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCKS 24 & 25 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |

PAGE ITEMIZATION

PAGE NUMBER:  2
DOCUMENT TYPE:  PERSONAL HISTORY REPORT (DEA 202)

DATE: MARCH 13, 2000

```
                                        (   ) RELEASED
                                        ( X ) WITHHELD
```

TO:      CRIMINAL INVESTIGATIVE FILE

FROM:    TASK FORCE OFFICER

PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| WHOLE PAGE | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS/ PERSONAL INFORMATION |
| BLOCK 10 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

PAGE ITEMIZATION

PAGE NUMBER: 3
DOCUMENT TYPE: PERSONAL HISTORY REPORT (DEA 202)

DATE: APRIL 17, 1998

(   ) RELEASED
( X ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE PAGE | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |
| BLOCKS 68, 69, 74,75 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |

PAGE ITEMIZATION

PAGE NUMBER:  4
DOCUMENT TYPE:  REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
               (DEA 7)
DATE:      MARCH 15, 2000

                                        (   ) RELEASED
                                        ( X ) WITHHELD

     TO:    CRIMINAL INVESTIGATIVE FILE

     FROM:  TASK FORCE OFFICER

     PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| WHOLE PAGE | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | SUSPECT NAME(S) & INVESTIGATIVE DETAILS |
| BLOCK 16-18, 20, 21, 23, 24, 34, 37, BOTTOM OF PAGE | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENTS & OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |

PAGE ITEMIZATION

PAGE NUMBER:   5
DOCUMENT TYPE: REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
               (DEA 7)
DATE:          MARCH 15, 2000

                                    ( X ) RELEASED
                                    (   ) WITHHELD

     TO:    CRIMINAL INVESTIGATIVE FILE

   FROM:    TASK FORCE OFFICER

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 16-18, 20, 21, 23, 24, 34, 37 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENTS & OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 16 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:   6
DOCUMENT TYPE:  REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
                (DEA 7)
DATE:      MARCH 13, 2000

                                    ( X ) RELEASED
                                    (   ) WITHHELD

     TO:      CRIMINAL INVESTIGATIVE FILE

     FROM:    TASK FORCE OFFICER

PURPOSE:     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 9, 16-18, 20, 21, 23, 24, 34, 37, BOTTOM OF PAGE | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENTS & OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 16 | THIRD PARTY INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:  7
DOCUMENT TYPE:  AUTHORIZATION FOR USE & REPORT OF USE OF CONSENSUAL
     EAVESDROPPING AND/OR CC TV EQUIPMENT (NON-TELEPHONE) (DEA 284)
DATE:  MARCH 13, 2000

(   ) RELEASED
( X ) WITHHELD

TO:     CRIMINAL INVESTIGATIVE FILE

FROM:     TASK FORCE OFFICER

PURPOSE:     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| G-DEP IDENTIFIER | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| FILE TITLE, PART I, II | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |
| PART II | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, AND OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  8
DOCUMENT TYPE:  REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:            MARCH 13, 2002

                                          ( X ) RELEASED
                                          (   ) WITHHELD

     TO:      CRIMINAL INVESTIGATIVE FILE

   FROM:      DEA SPECIAL AGENT

   SUBJECT:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS |
| DETAILS: PARA 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | CO-DEFENDANT LEGAL PROCEEDINGS |
| BLOCK 6 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | NADDIS IDENTIFIER CODES |
|  | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:  9
DOCUMENT TYPE:    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:        MARCH 13, 2002

                            ( X ) RELEASED
                            (   ) WITHHELD

    TO:  CRIMINAL INVESTIGATIVE FILE

    FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3, INDEXING SECTION | THIRD PARTY NAME AND IDENTIFIER | (b)(7)(C) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 6 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |

PAGE ITEMIZATION

PAGE NUMBER:   10
DOCUMENT TYPE:  REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:   NOVEMBER 13, 2001

( X ) RELEASED
( ) WITHHELD

TO:    CRIMINAL INVESTIGATIVE FILE

FROM:   DEA SPECIAL AGENT

PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 2, 3, BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT PERSONNEL |
| DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | CO-DEFENDANT LEGAL PROCEEDINGS |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER: 11
DOCUMENT TYPE:    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:        NOVEMBER 13, 2001

( X )  RELEASED
(   )  WITHHELD

TO:   CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENT AND SUPPORT PERSONNEL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

PAGE ITEMIZATION

PAGE NUMBER:  12
DOCUMENT TYPE:  REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:  JULY 27, 2001

( X ) RELEASED
(    ) WITHHELD

TO:     CRIMINAL INVESTIGATIVE FILE

FROM:    DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 2, 3, BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT PERSONNEL |
| DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | CO-DEFENDANT LEGAL PROCEEDINGS |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:   13
DOCUMENT TYPE:
                    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION
DATE:        APRIL 16, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

      TO:   CRIMINAL INVESTIGATIVE FILE

    FROM:   DEA SPECIAL AGENT

PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENT AND SUPPORT PERSONNEL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

PAGE ITEMIZATION

PAGE NUMBER:  14
DOCUMENT TYPE:  REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:  APRIL 16, 2001

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 2, 3,4, BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT PERSONNEL |
| DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | CO-DEFENDANT LEGAL PROCEEDINGS |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:  15
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:        APRIL 16, 2001

( X ) RELEASED
(   ) WITHHELD

TO:   CRIMINAL INVESTIGATIVE FILE

FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3;INDEXING SECTION | THIRD PARTY NAME AND IDENTIFIERS | (b)(7)(C) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

PAGE ITEMIZATION

PAGE NUMBER: 16
DOCUMENT TYPE: REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE: FEBRUARY 8, 2001

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 4 | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & OTHER LAW ENFORCEMENT PERSONNEL |
| DETAILS: PARA 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | CO-DEFENDANT LEGAL PROCEEDINGS |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 4 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:    17
DOCUMENT TYPE:    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:         FEBRUARY 8, 2001

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3,INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 6 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |

PAGE ITEMIZATION

PAGE NUMBER:  18
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:  AUGUST 8, 2000

( X ) RELEASED
(    ) WITHHELD

TO:    CRIMINAL INVESTIGATIVE FILE

FROM:   DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1-3 BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| DETAILS: PARA 1 & 2 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:   19
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6) CORRECTION OF DEA 6

DATE:          MARCH 16, 2000

                                        ( X ) RELEASED
                                        (   ) WITHHELD

     TO:      CRIMINAL INVESTIGATIVE FILE

   FROM:      DEA SPECIAL AGENT

PURPOSE:      FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 4; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT PERSONNEL |
| BLOCK 6, DETAILS: PARA 1, INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 6, INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | NADDIS IDENTIFIER CODES |

PAGE ITEMIZATION

PAGE NUMBER:    20
DOCUMENT TYPE:    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:    MARCH 16, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:    21
DOCUMENT TYPE:  REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
                (DEA 7)
DATE:       MARCH 15, 2000

                                    ( X ) RELEASED
                                    (   ) WITHHELD

     TO: CRIMINAL INVESTIGATIVE FILE

     FROM: TASK FORCE OFFICER

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 16-18, 20, 21, 23, 24, 34, 37 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENTS & OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 16 | THIRD PARTY INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:  22
DOCUMENT TYPE: FORENSIC CHEMIST WORKSHEET (DEA 86) (BACK)

DATE:     JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  TASK FORCE OFFICER

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| TOP, MIDDLE, AND BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  23
DOCUMENT TYPE: FORENSIC CHEMIST WORKSHEET (DEA 86)

DATE:   JUNE 6, 2000

                           ( X )  RELEASED
                           (   )  WITHHELD

   TO: CRIMINAL INVESTIGATIVE FILE

  FROM: DEA FORENSIC CHEMIST

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 14 & 15 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & SIGNATURES OF DEA FORENSIC CHEMIST & REVIEWER |

PAGE ITEMIZATION

PAGE NUMBER:   24-35
DOCUMENT TYPE: LABORATORY REPORTS

DATE.   JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA FORENSIC CHEMIST

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP AND BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:   36
DOCUMENT TYPE:  LABORATORY REPORT

DATE:   JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA FORENSIC CHEMIST

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  37
DOCUMENT TYPE:  LABORATORY REPORTS

DATE:  JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA FORENSIC CHEMIST

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| TOP AND BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  38
DOCUMENT TYPE:  LABORATORY REPORTS

DATE:  JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA FORENSIC CHEMIST

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER: 39-40
DOCUMENT TYPE: LABORATORY REPORTS

DATE: JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA FORENSIC CHEMIST

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP AND BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER: 41-43
DOCUMENT TYPE: LABORATORY REPORTS

DATE: JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA FORENSIC CHEMIST

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  44-46
DOCUMENT TYPE: LABORATORY REPORTS

DATE:   JUNE 7, 2000 (NO DATE ON PAGE 44)

                                ( X ) RELEASED
                                (   ) WITHHELD

     TO: CRIMINAL INVESTIGATIVE FILE

    FROM: DEA FORENSIC CHEMIST

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP AND BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  47
DOCUMENT TYPE:  REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
               (DEA 7)
DATE:      MARCH 15, 2000

                                      ( X ) RELEASED
                                      (   ) WITHHELD

     TO: CRIMINAL INVESTIGATIVE FILE

   FROM: TASK FORCE OFFICER

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 16-18, 20, 21, 23, 24, 34, 37 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENTS & OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 16 | THIRD PARTY INFORMATION | (b)(7)(C) | SUSPECT(S) NAME &INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:   48
DOCUMENT TYPE:  FORENSIC CHEMIST WORKSHEET (DEA 86)

DATE:   JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 14, 16 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & SIGNATURES OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:   49-67
DOCUMENT TYPE: LABORATORY REPORTS

DATE:   JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA FORENSIC CHEMIST

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP AND BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:    68
DOCUMENT TYPE:    FORENSIC CHEMIST WORKSHEET (DEA 86)

DATE:    JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA FORENSIC CHEMIST

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLCOK 12, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & SIGNATURES OF FORENSIC CHEMIST AND REVIEWER |

PAGE ITEMIZATION

PAGE NUMBER:  70-74
DOCUMENT TYPE:  LABORATORY REPORTS

DATE:  JUNE 6, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA FORENSIC CHEMIST

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP AND BOTTOM SECTIONS | NAMES AND INITIALS OF LAW ENFORCEMENT PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER: 75
DOCUMENT TYPE: REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
            (DEA 7)
DATE: MARCH 13, 2000

                                    ( X ) RELEASED
                                    (   ) WITHHELD
    TO:     CRIMINAL INVESTIGATIVE FILE

    FROM:   TASK FORCE OFFICER

    PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 16 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | SUSPECT NAME(S) & INVESTIGATIVE DETAILS |
| BLOCKS 16-18, 20, 34 & 37 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) OF SPECIAL AGENTS & OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:    76, 77
DOCUMENT TYPE:   FORENSIC CHEMIST WORKSHEET (DEA 86)

DATE: VARIOUS

( X ) RELEASED
(    ) WITHHELD

TO:      CRIMINAL INVESTIGATIVE FILE

FROM:    TASK FORCE OFFICER

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

BLOCK 1, 5,  NAMES AND SIGNATURES OF LAW   (b)(7)(C)   NAMES & SIGNATURES OF
14, 16       ENF. PERSONNEL               (b)(7)(F)   SUPPORT PERSONNEL

PAGE ITEMIZATION

PAGE NUMBER: 78-95
DOCUMENT TYPE: LABORATORY REPORTS

DATE:          JUNE 6, 2000

                                    ( X ) RELEASED
                                    (   ) WITHHELD

     TO   CRIMINAL INVESTIGATIVE FILE

   FROM:  DEA FORENSIC CHEMIST

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP AND BOTTOM SECTIONS | NAMES AND INITIALS OF LAW ENFORCEMENT PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:   96-102
DOCUMENT TYPE: LABORATORY REPORTS

DATE:          JUNE 6, 2000

                                    ( X )  RELEASED
                                    (    )  WITHHELD

      TO:  CRIMINAL INVESTIGATIVE FILE

      FROM:  DEA FORENSIC CHEMIST

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BOTTOM SECTION | NAMES AND INITIALS OF LAW ENFORCEMENT PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:   103
DOCUMENT TYPE:   DISPOSITION OF NON-DRUG EVIDENCE (DEA 48A)

DATE:   APRIL 26, 2002

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| FILE TITLE | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| NON-DRUG EVIDENCE CUSTODIAN; TASK FORCE OFFICER, APPROVING OFFICIAL | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) LAW ENFORCEMENT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  104
DOCUMENT TYPE:  CABLE

DATE:  MARCH 21, 2000

( X ) RELEASED
( ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ATTN:, SECTION, A) PARA 2, 3 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, AND OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| SUBJECT: | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| SUBJECT, RE:;A) PARA 1 | THIRD PARTY NAMES | (b)(7)(C) | NAMES OF INDIVIDUALS |
| A)PARA 2, 3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S)NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| A) PARA 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

PAGE ITEMIZATION

PAGE NUMBER:  105
DOCUMENT TYPE:  CABLE

DATE:  MARCH 21, 2000

( X )  RELEASED
(   )  WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM.  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| A), B), C) | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S)NAME & INVESTIGATIVE DETAILS |
| B) | NAME OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF TASK FORCE OFFICER |

PAGE ITEMIZATION

PAGE NUMBER:  106
DOCUMENT TYPE:  CABLE

DATE:  MARCH 21, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| C), VEHICLE INDEXING | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS/PERSONAL INFORMATION |
| SIGNATURE BLOCK | NAME OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |
| INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER: 107
DOCUMENT TYPE: PERSONAL HISTORY REPORT (DEA 202)

DATE: MARCH 13, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|-----------------|-----------|----------|
| BLOCK 41A, B | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS/ PERSONAL INFORMATION |
| BLOCKS 5, 45, 46 | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(2) | G-DEP QUALITATIVE & QUANTITATIVE CRITERIA |
| BLOCK 1 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER: 108
DOCUMENT TYPE: PERSONAL HISTORY REPORT (DEA 202)

DATE: MARCH 13, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 67 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCKS 68, 69, 74, 75 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |

PAGE ITEMIZATION

PAGE NUMBER: 109
DOCUMENT TYPE: ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
                (DEA 7A)
DATE:      MARCH 17, 2000

                                ( X ) RELEASED
                                (   ) WITHHELD

       TO:  CRIMINAL INVESTIGATIVE FILE

     FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCKS 13, 14, 15, 17, 18, 20, 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 9, 10 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:  110
DOCUMENT TYPE:  RECEIPT FOR CASH OR OTHER ITEMS (DEA 12)

DATE: NOVEMBER 17, 2000

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| SALUTATION | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, AND OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| G-DEP IDENTIFIER | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| FILE TITLE | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| AMOUNT OR QUANTITY, DESCRIPTION OF ITEM(S) | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER: 111
DOCUMENT TYPE: RECEIPT FOR CASH OR OTHER ITEMS (DEA 12)

DATE: AUGUST 16, 2000

                                        ( X  ) RELEASED
                                        (    ) WITHHELD

        CRIMINAL INVESTIGATIVE FILE

    FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| SALUTATION, SIGNATURE BLOCK | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, AND OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| AMOUNT OR QUANTITY, DESCRIPTION OF ITEM(S) | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER: 112
DOCUMENT TYPE: MEMORANDUM

DATE: SEPTEMBER 4, 2002

( X ) RELEASED
(   ) WITHHELD

TO: CRIMINAL INVESTIGATIVE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| SENDER BLOCK, SIGNATURE BLOCKS, BOTTOM OF PAGE | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, AND SUPPORT PERSONNEL |

PAGE ITEMIZATION

PAGE NUMBER:  113
DOCUMENT TYPE:  CASE INVENTORY

DATE:  SEPTEMBER 9, 2002

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| CASE INVENTORY | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S)NAME & INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:    114
DOCUMENT TYPE:  ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
                (DEA 7A)
DATE:           MARCH 17, 2000

( X ) RELEASED
(   ) WITHHELD

TO:    CRIMINAL INVESTIGATIVE FILE

FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCKS 13, 14, 15, 17, 18, 20, 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 9, 10, 13 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:  115
DOCUMENT TYPE:  REPORT OF INVESTIGATION (DEA 6) CASE CLOSING

DATE:        SEPTEMBER 4, 2002

                                    ( X )  RELEASED
                                    (   )  WITHHELD
     TO:    CRIMINAL INVESTIGATIVE FILE

     FROM:  DEA SPECIAL AGENT

     PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | NADDIS IDENTIFIER CODES |
|  | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:   116
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:          JUNE 1, 2002

                                        ( X ) RELEASED
                                        (   ) WITHHELD
      TO:    CRIMINAL INVESTIGATIVE FILE

      FROM:  DEA SPECIAL AGENT

PURPOSE:     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS |
| DETAILS: PARA 1, 3 & 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:    117
DOCUMENT TYPE:    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE        MARCH 13, 2002

                                ( X ) RELEASED
                                (   ) WITHHELD

     CRIMINAL INVESTIGATIVE FILE

  FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAMES OF INDIVIDUALS |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

PAGE ITEMIZATION

PAGE NUMBER:   118
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:   NOVEMBER 13, 2000

( X ) RELEASED
(   ) WITHHELD

TO:      CRIMINAL INVESTIGATIVE FILE

FROM:    DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS  OF  SPECIAL AGENTS |
| DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | CO-DEFENDANT LEGAL PROCEEDINGS |
| INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | NADDIS IDENTIFIER CODES |
|  | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

PAGE ITEMIZATION

PAGE NUMBER:   119
DOCUMENT TYPE:  REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:        MARCH 14, 2000

( X ) RELEASED
(   ) WITHHELD

TO:     CRIMINAL INVESTIGATIVE FILE

FROM:   TASK FORCE OFFICER

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1-5, 7; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| DETAILS: PARA 1-8 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |

PAGE ITEMIZATION

PAGE NUMBER:  120
DOCUMENT TYPE:     REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:          MARCH 14, 2000

                                    ( X ) RELEASED
                                    (   ) WITHHELD

     TO:  CRIMINAL INVESTIGATIVE FILE

   FROM:  TASK FORCE OFFICER

PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; PARA 18 | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAMES OF INDIVIDUALS |
| PARA 9-17 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | SUSPECT(S)NAME & INVESTIGATIVE DETAILS |
| PARA 9-11, 13-18 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF OTHER LAW ENFORCEMENT OFFICER |

PAGE ITEMIZATION

PAGE NUMBER:  121
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:  MARCH 14, 2000

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  TASK FORCE OFFICER

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; PARA 19, 20, 22, INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAMES OF INDIVIDUALS |
| PARA 19, 23 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS, AND OTHER LAW ENFORCEMENT OFFICERS |