UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MIGUEL CHAVEZ-ARELLANO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2503 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this court. This is a final, appealable order. See Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: August 11, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge