UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE MIGUEL CHAVEZ-ARELLANO, )
            Plaintiff, )
             )
v.              )      Civil Action No. 05-2503 (RMC)
             )
UNITED STATES DEPARTMENT OF )
JUSTICE, et al., )
             )
            Defendants.

## NOTICE OF APPEAL

I, Jose M. Chavez-Arellano, hereby notify the Court his desire to Appeal the District Court's decision.

Respectfully Submitted,

*[signature]*

Jose M. Chavez/Plaintiff
Pro se, Reg. No. 93054-079
FCI Seagoville, P.O. Box 9000
Seagoville, TX 75159-9000

Date: August 31, 2006

RECEIVED
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT