

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE M. CHAVEZ-ARELLANO )
                        )
            Plaintiff,  )
                        )   USDC No. 05cv02503
v.                      )
                        )   USCA No. 06-5279
                        )
UNITED STATES DEPARTMENT)
OF JUSTICE et al.,      )
                        )
            Defendants. )

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Jose Miguel Chavez-Arellano, Pro se, declare that I am the Appellant in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that I can not afford the $455.00 appeal docket fee because; 1) I have been incarcerated for along time; 2) my monthly salary at the institution is $5.25; 3) I am required to pay the $250.00 District Court's docket fee; 4) I can not afford another 20% to be taken from my inmate account for court filing fees; and 5) the income from my family support is decreasing.

Moreover, the Court cost of $250.00 (District Court) plus $455.00 (Court of Appeals) equals $705.00. This $705.00 is more than I make at my job and the gifts I receive from my family in 4 months. I am appealing the imposition of the fees equal to 35% of my annual income. I am requesting this Honorable Court to grant a true IN FORMA PAUPERIS, so that I may proceed with the appeal of my valid legal claim. My affidavit or sworn statement is attached.

Therefore, because I am unable to pay the additional $455.00 I will not be able to appeal if court fails to grant a true IN FORMA PAUPERIS.

RECEIVED
NOV 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is an action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. §552, as amended, and the Privacy Act (PA), 5 U.S.C. §552a, to order the production of agency records previously requested by Plaintiff. Defendants are the United States Department of Justice, Federal Bureau of Investigations (FBI), Executive Office for the United States Attorneys (EOUSA), and the Drug Enforcement Administration (DEA).

The issues that I am presenting on appeal are as follows:

1) Whether the District Court wrongfully denied Petitioner's petition.

2) Whether Defendants wrongfully invoked FOIA exemptions 5 U.S.C.(b)(2), (b)(7)(c), (D) and (F).

3) Whether Defendants wrongfully asserted that conversation in the requested audio-tapes were between only a third party and an undercover agent.

4) Whether Defendant DEA acted improperly in performance of its duties.

5) Whether Defendants improperly alleged that the requested audio-tapes were already destroyed.

6) Whether the Defendants wrongfully assumed that fingerprint analysis were not taken in Plaintiff's criminal case.

7) Whether Defendants have only answered a portion of Plaintiff's numerous requests for specific materials, and

8) Whether the requested records have been unlawfully withheld by the Defendants.

Respectfully Submitted,

_[signature]_

_____
Jose M. Chavez-Arellano
Pro se, Reg. No. 93054-079
FCI Seagoville, P.O. Box 9000
Seagoville, TX 75159-9000

Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE M. CHAVEZ-ARELLANO )
          Plaintiff, )
                      )   USDC No. 05cv02503
v.                    )
                      )   USCA No. 06-5279
UNITED STATES DEPARTMENT )
OF JUSTICE et al.,    )
          Defendants. )

**Affidavit Accompanying Motion for Leave
to Proceed on Appeal in Forma Pauperis**

I, Jose Miguel Chavez-Arellano, swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. §1621.)

Sincerely Submitted,

*[signature]*

Jose M. Chavez-Arellano
Reg. No. 93054-079 / Pro-se
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159-9000

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 18th, 2006, I served a copy of the foregoing Motion for Leave to Proceed on Appeal in Forma Pauperis by first class mail, postage pre-paid, to the following:

Karen L. Melnik
Assistant U.S. Attorney
Civil Division
555 4th Street N.W.
Washington, D.C. 20530

*[signature]*

Jose M. Chavez-Arellano
Pro se, Reg. No. 93054079
FCI Seagoville,
P.O. Box 9000
Seagoville, TX 75159-9000


PROOF OF FILING

This document is hereby filed on the 18th day of October, 2006, pursuant to the holding in Houston v. Lack, 487 U.S. 266, (1988), by placing it in the mailbox designated for outgoing legal mail.

*[signature]*

Jose M. Chavez-Arellano
Pro se, Reg. No. 93054079
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159-9000

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 5.25 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): Family support | $ 150.00 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 155.25 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| FCI Seagoville | Yard Detail | 2005-present | $5.25 |
| FCI Seagoville | Recreation | 2003-2005 | $5.25 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 0.00

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]         -5-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| none | none | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.** (See attached certified statement)

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)   Other real estate (Value)   Motor vehicle # 1 __none__ (Value)
__none__        __none__                   Make & year: _____
                                           Model: _____
                                           Registration #. _____

Motor vehicle #2 __N/A__ (Value)   Other Assets (Value)   Other Assets (Value)
Make & year_____                  __none__               __none__
Model_____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $0.00 | $0.00 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Diana Y. Arellano | Daughter | 11 |
| Yossymar E. Arellano | Son | 9 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100.00 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 30.00 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 5.75 | $ N/A |
| Medical and dental expenses | $ 2.60 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0.00 | $ N/A |
| Homeowner's or renter's | $ 0.00 | $ N/A |
| Life | $ 0.00 | $ N/A |
| Health | $ 0.00 | $ N/A |
| Motor Vehicle | $ 0.00 | $ N/A |
| Other: Correspondence (stamps) | $16.90 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0.00 | $ N/A |
| Installment payments | $ 0.00 | $ N/A |
| Motor Vehicle | $ 0.00 | $ N/A |
| Credit card (name): _____ | $ 0.00 | $ N/A |
| Department store (name): Comisary | $ 0.00 | $ N/A |
| Other: _____ | $ 0.00 | $ N/A |
| Alimony, maintenance, and support paid to others | $50.00 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Other (specify): _____ | $ 0.00 | $ N/A |
| Total monthly expenses: | $ 205.25 | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? No

[ ] Yes    [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [X] No

If yes, how much? $____--_____

If yes, state the attorney's name, address, and telephone number:
N/A
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[X] Yes    [ ] No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
Note: I am doing this appeal pro se, with the assistance of a fellow inmate. He is no charging me, but I should pay something in return.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I have been in the Federal B.O.P. system for almost 7 years and my family support is dicreasing every month. Moreover, I cannot afford the $455.00 dollar docket fee for my appeal because I have to pay the $250.00 dollar docket fee for the District Court.

13. State the address of your legal residence.
Jose M. Chavez-Arellano, Reg. No. 93054-079
FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159
_____

Your daytime phone number: (___) ___N/A___
Your age: _32_    Your years of schooling: High School
Your social-security number: _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_

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -8-