UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MIGUEL CHAVEZ-ARELLANO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2503 (RMC) |

## ORDER

The United States Court of Appeals for the D.C. Circuit has referred Plaintiff's motion for leave to proceed on appeal *in forma pauperis* to this Court for consideration in the first instance. Plaintiff is incarcerated in a federal correctional institution. He was previously granted *in forma pauperis* status in this Court. Because Plaintiff's financial circumstances have not changed during the course of this case, it is hereby

**ORDERED** that Plaintiff's motion leave to proceed on appeal *in forma pauperis* [Dkt. #22] is **GRANTED**.

**SO ORDERED**.

Date: November 22, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge